IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| DOLORES CEPEDA,<br><br>                    Plaintiff,<br><br>     v.<br><br>BANK OF AMERICA, N.A.,<br>FAY SERVICING, LLC,<br>WILMINGTON TRUST NATIONAL<br>ASSOCIATION SOLELY AS TRUSTEE<br>FOR THE MFRA TRUST 2014-2, ALIAS<br><br>                    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)   C.A. No. 1:19-cv-00005-WES-PAS<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANT BANK OF AMERICA, N.A.'S**
**MOTION TO DISMISS THE COMPLAINT**

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, Defendant Bank of America, N.A., through its undersigned counsel, respectfully requests that the Court dismiss in its entirety and with prejudice the Complaint filed by Plaintiff Dolores Cepeda for failure, as a matter of law, to state any cognizable claim for relief.

Support for the above request is provided in Bank of America, N.A.'s accompanying memorandum of law.

Date:  June 18, 2019                               Respectfully submitted,

                                                                BANK OF AMERICA, N.A.,
                                                                Defendant,

                                                                By its attorneys,

                                                                */s/ Justin J. Shireman*
                                                                Justin J. Shireman (#7779)
                                                                Wilson, Elser, Moskowitz, Edelman & Dicker LLP
                                                                260 Franklin Street, 14th Floor
                                                                Boston, MA 02110
                                                                (617) 422-5300
                                                                Justin.Shireman@wilsonelser.com

## CERTIFICATE OF SERVICE

I, Justin J. Shireman, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be sent to those indicated as non-registered participants on June 18, 2019.

*/s/ Justin J. Shireman*
Justin J. Shireman