# EXHIBIT C

```
Doc No: 00184986
Book:11873  Page:  162
```

PREPARED BY AND RETURN TO:
C. R. Hall
2860 Exchange Blvd. # 100
Southlake TX 76092                **Assignment of Mortgage**          Send Any Notices To Assignee.
For Valuable Consideration, the undersigned, **BANK OF AMERICA, N.A.  1800 Tapo Canyon Rd, Simi Valley CA 93063**
(Assignor) by these presents does assign, and set over, without recourse, to **WILMINGTON TRUST, NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY AS TRUSTEE FOR MFRA TRUST 2014-2 c/o MFResidential Assets I, LLC, 350 Park Avenue, 20th Floor, New York NY 10022** (Assignee) the described mortgage with all interest, all liens, any rights due or to become due thereon, executed by **DOLORES CEPEDA** to BANK OF AMERICA, N.A..  Said mortgage **Dated: 12/22/2006** is recorded in the **State of RI, County of Providence City on 12/26/2006, as Book 8462 Page 326. AMOUNT: $ 255,000.00**   Parcel#   Property Address: 177 DEXTER ST, PROVIDENCE, RI, 02907
IN WITNESS WHEREOF, the undersigned entity has caused this instrument to be executed by its proper signatory.  Executed on: October 25, 2017
BANK OF AMERICA, N.A.  By Orion Financial Group, Inc. Its Attorney in Fact

By: _____
Connie M. Riggsby, Vice President

CEPEDA  CAB  [REDACTED]806*

State of TX  County of Tarrant
On 10/25/2017, before me, the undersigned, personally appeared Connie M. Riggsby, who acknowledged that he/she is Vice President of/for By Orion Financial Group, Inc. Its Attorney in Fact BANK OF AMERICA, N.A. and that he/she executed the foregoing instrument and that such execution was done as the free act and deed of BANK OF AMERICA, N.A. .

JANELL JUNKIN
Notary Public, State of Texas
My Commission Expires
August 19, 2019

Notary public, Janell Junkin
My commission expires: August 19, 2019

RECEIVED:

Providence
Received for Record
Nov 02,2017  at  01:26P
Document Number:  00184986
Recorder of Deeds

[REDACTED]2229

RI Providence City                                      MFA/BOA2017-5/SFR