UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

DOLORES CEPEDA

    VS                                      C.A.2019-CV-5

BANK OF AMERICA, N.A.
FAY SERVICING, LLC
WILMINGTON TRUST NATIONAL ASSOCIATION
SOLEY AS TRUSTEE FOR THE MFRA TRUST 2014-2 , ALIAS

## OBJECTION TO MOTION TO DISMISS

Plaintiff, by her attorney, objects to the Motion to Dismiss for the reasons stated in the attached Memorandum of Law.

                                              DOLORES CEPEDA
                                              By her attorney,

August 8, 2019                            /s/ John B. Ennis
                                              JOHN B. ENNIS, ESQ. #2135
                                              1200 Reservoir Avenue
                                              Cranston, Rhode Island 02920
                                              (401) 943-9230
                                              Jbelaw75@gmail.com

## Certificate of Service

I hereby certify that I emailed a copy of this Objection to Patrick T. Uiterwyk and Justin Shireman on August 8, 2019 and by electronic filing.

/s/ John B. Ennis