# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| DOLORES CEPEDA, <br><br> Plaintiff, <br><br> v. <br><br> BANK OF AMERICA, N.A., <br> FAY SERVICING, LLC and <br> WILMINGTON TRUST NATIONAL <br> ASSOCIATION SOLELY AS TRUSTEE FOR <br> THE MFRA TRUST 2014-2, <br><br> Defendants. | C.A. No.   19-cv-00005-WES-PAS |

### DEFENDANTS FAY SERVICING, LLC AND WILMINGTON TRUST NATIONAL ASSOCIATION SOLELY AS TRUSTEE FOR THE MFRA TRUST 2014-2'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Fed. R. Civ. P. 56, Defendants Fay Servicing LLC and Wilmington Trust National Association Solely as Trustee for the MFRA Trust 2014-2 ("Defendants") move for the entry of summary judgment as to all claims against them set forth in Plaintiff Dolores Cepeda's ("Plaintiff") Complaint.  In support of its motion, Defendants rely on the accompanying Memorandum of Law, Statement of Undisputed Facts, and Affidavit submitted herewith.

WHEREFORE, Defendants respectfully request that their Motion for Summary Judgment be allowed, and that an order enter dismissing Plaintiff's Complaint with prejudice on all counts asserted against Defendants.

*[Signatures on following page]*

                                    Respectfully submitted,

                                    FAY SERVICING, LLC and
WILMINGTON TRUST NATIONAL ASSOCIATION SOLELY AS TRUSTEE FOR THE MFRA TRUST 2014-2

By its attorneys,

/s/ *Patrick T. Uiterwyk*
Patrick T. Uiterwyk, Bar No. 7461
Nelson Mullins Riley & Scarborough LLP
One Post Office Square, 30th Floor
Boston, MA 02109
Date:  January 22, 2020          Tel:  617-217-4643
Fax: 617-217-4710
Email: patrick.uiterwyk@nelsonmullins.com

### CERTIFICATE OF SERVICE

    I, Patrick T. Uiterwyk, certify that on this 22nd day of January, 2020, I filed the foregoing document through the ECF system, thereby serving it electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be sent to those indicated as non-registered participants on this date.  The foregoing document is available for viewing and downloading from the ECF system.

                                    /s/ *Patrick T. Uiterwyk*
                                    Patrick T. Uiterwyk