

**Bank of America**
**Home Loans**
PO Box 9048
Temecula, CA 92589-9048



9314 7100 1170 0885 3155 78

Return Receipt Requested

PRESORT
First-Class Mail
U.S. Postage and
Fees Paid
WSO

20161005-213

DOLORES CEPEDA
177 Dexter St
Providence, RI 02907-2404



RI120DYH{CM}

**Bank of America**
Home Loans

*Mailstop FL1-908-01-52*
*P. O. Box 31690*
*Tampa, FL 33631-3690*

DOLORES CEPEDA
177 DEXTER ST
PROVIDENCE    RI 02907

C3_9870 RI120DYH 18564 10/30/2014

9314 7100 1170 0885 3155 78

*Send Correspondence to:*
*P. O. Box 31785*
*Tampa, FL 33631-3785*

*Send Payments to:*
*P. O. Box 15222*
*Wilmington, DE 19886-5222*

**Notice Date:**  October 3, 2016

**Account No.:** 871282229

**RE: Premises:**
177 DEXTER ST
PROVIDENCE, RI 02907



**APPENDIX B**

  FORM 34-27-3.2

## NOTICE OF MEDIATION CONFERENCE PURSUANT TO R.I. GEN. LAWS § 34-27-3.2

This Notice is provided to you to inform you of the protections provided by R.I. Gen. Laws § 34-27-3.2 of The Rhode Island Mortgage Foreclosure and Sale Act.

TO ASSIST YOU IN AVOIDING FORECLOSURE, YOU HAVE THE RIGHT TO A FREE, IN-PERSON OR TELEPHONE MEDIATION CONFERENCE WITH AN INDEPENDENT MEDIATION COORDINATOR. THE MORTGAGEE MAY NOT FORECLOSE UNLESS IT PROVIDES YOU THE OPPORTUNITY TO PARTICIPATE IN THE MEDIATION CONFERENCE, WHICH MUST BE SCHEDULED WITHIN SIXTY (60) DAYS OF THE RECEIPT OF A COMPLETED APPENDIX B, SINGLE POINT OF CONTACT INFORMATION FOR THE MORTGAGEE, AND PAYMENT INITIATING THE MEDIATION PROCESS HAS BEEN RECEIVED BY THE MEDIATION COORDINATOR. YOU WILL BE CONTACTED BY A FORECLOSURE MEDIATION COORDINATOR TO SCHEDULE THAT MEDIATION CONFERENCE.

Name of Mortgagor: DOLORES CEPEDA
Re: 871282229 (Insert mortgage loan number)
INSERT ADDRESS OF RESIDENTIAL REAL ESTATE: 177 DEXTER ST PROVIDENCE, RI 02907
Date of Default: 08/01/2016
Date of release of loan from automatic stay in bankruptcy proceeding if applicable: Not Applicable
Date of release of loan from protections of the Servicemembers Civil Relief Act, 50 U.S.C. App. §501 et seq., or R.I. Gen. Laws §34-27-4(d), if applicable: NOT APPLICABLE
The mortgagee named below ("Mortgagee") hereby notifies you that you are in Default on your mortgage. If you fail to remedy this Default, Mortgagee has the right to foreclose on the real estate securing the mortgage loan referenced in this Notice.

Mortgagee: BANK OF AMERICA, N.A.
            (Type or print name of Mortgagee)
Mortgagee Address:
Street: P.O. Box 31785
City, State, Zip Code: Tampa, FL 33631-3785

Mortgagee Authorized Representative: Loan Servicing Center  Date mailed: 10/03/2016
                            (Type or print)                (mm/dd/yyyy)
Contact Information for Mortgagee Authorized Representative:
Telephone: 1-800-669-1904
           (Provide toll free number if available)

Email: correspondencesupport@bankofamerica.com

cc: Mediation Coordinator: Rhode Island Housing



## APÉNDICE B

FORMULARIO 34-27-3.2



| NOTIFICACIÓN DE REUNIÓN DE MEDIACIÓN SEGÚN EL § 34-27-3.2 DE LAS LEYES GENERALES DE RHODE ISLAND (R. I.) |
|---|

Esta notificación se le proporciona para informarle sobre la protección que proveen las Leyes Generales de R. I. en el §34-27-3.2 de la Mortgage Foreclosure and Sale Act (Ley de Ejecuciones Hipotecarias y Ventas) del estado de Rhode Island.

**PARA AYUDARLO A EVITAR LA EJECUCIÓN HIPOTECARIA, USTED TIENE DERECHO A UNA REUNIÓN DE MEDIACIÓN GRATUITA CON UN COORDINADOR DE MEDIACIÓN INDEPENDIENTE. DICHA REUNIÓN SE PODRÁ EFECTUAR PERSONALMENTE O POR TELÉFONO. EL ACREEDOR HIPOTECARIO NO PODRÁ EJECUTAR LA HIPOTECA SIN HABERLE PROPORCIONADO LA OPORTUNIDAD DE PARTICIPAR EN LA REUNIÓN DE MEDIACIÓN, LA CUAL DEBE ESTAR PROGRAMADA DENTRO DE LOS SESENTA (60) DÍAS DE RECIBIR EL APENDICE B COMPLETO, PUNTO DE CONTACTO ÚNICO DEL ACREEDOR HIPOTECARIO, Y EL PAGO PARA EL INICIO DEL PROCESO DE MEDIACIÓN. USTED SERÁ CONTACTADO POR UN COORDINADOR DE MEDIACIÓN DE EJECUCIONES HIPOTECARIAS PARA PROGRAMMAR LA CONFERENCIA DE MEDIACIÓN.**

Nombre del cliente: DOLORES CEPEDA
Ref.: 871282229 (Escriba el número de préstamo hipotecario)
ESCRIBA LA DIRECCIÓN DE LA PROPIEDAD RESIDENCIAL: 177 DEXTER ST PROVIDENCE, RI 02907
Fecha de Defecto: 08/01/2016
Fecha de liberación de préstamo de la suspensión automática en un procedimiento de quiebra, si es aplicable: Not Applicable
Fecha de liberación de la hipoteca de la protección de la ley general Servicemembers Civil Relief Act, 50 U.S.C. App. §501 et seq., or R.I. Gen. Laws §34-27-4(d), si corresponde: NOT APPLICABLE
Por la presente, el acreedor hipotecario nombrado a continuación ("Acreedor hipotecario") lo notifica que usted está en mora en los pagos de su hipoteca. Si no soluciona esta mora, el Acreedor hipotecario tiene derecho a ejecutar la hipoteca de la propiedad que garantiza el préstamo hipotecario citado en la referencia de esta notificación.

Acreedor hipotecario: BANK OF AMERICA, N.A.
(Escriba a máquina o en letra de imprenta el nombre del Acreedor hipotecario)

Dirección del Acreedor hipotecario:
Calle: P.O. Box 31785

Ciudad, estado y código postal: Tampa, FL 33631-3785

Representante autorizado del Acreedor hipotecario: Loan Servicing Center. Fecha de envío postal: 10/03/2016
(Escriba a máquina o en letra de imprenta) (mm/dd/aaaa)

Información de contacto del representante autorizado del Acreedor hipotecario:

Teléfono: 1-800-669-1904
(Si hay un número de teléfono gratuito disponible, indíquelo)

Dirección de correo electrónico: correspondencesupport@bankofamerica.com

cc: Coordinador de Mediación: Rhode Island Housing



## APÊNDICE B

FORMULÁRIO 34-27-3.2

 **NOTIFICAÇÃO DE CONFERÊNCIA DE MEDIAÇÃO CONFORME LEIS R.I. GEN. § 34-27-3.2**

Esta Notificação destina-se a informar-lhe as proteções fornecidas pelas leis R.I. Gen. § 34-27-3.2 de Execução Hipotecária e a Lei de Venda de Valores Imobiliários de Rhode Island.

**PARA AJUDAR-ILE A EVITAR O EMBARGO (FORECLOSURE) DA SUA CASA, INFORMAMOS-IHE QUE TEM O DIREITO A UMA CONFERÊNCIA DE MEDIAÇÃO, GRATUITA SEJA VIA TELEFÓNICA SEJA PESSOALMENTE COM UM COORDENADOR INDEPENDENTE DE MEDIAÇÃO. O CREDOR HIPOTECARIO NÃO PODE EMBARGAR ATÉ DAR-LHE A OPORTUNIDADE DE PARTICIPAR NESTA CONFERENCIA A QUAL SERÁ MARCADA NO PERIODO DE SESSENTA (60) DIAS DESDE OU AO RECEBERMOS O "APPENDIX B" PREENCHIDO E ASSINALANDO O PEDIDO DE INFORMAÇÁO DE UM CONTACTO PARA O CREDOR, OU O PAGO INICIAL REQUERIDO SEJA RECEBIDO PELO MEDIODOR UM COORDENADOR IRÁ CONTACTAR-LHE PARA MARCAR A DATA DESTA MEDIAÇÁO.**

Nome do cliente: DOLORES CEPEDA
Re: 871282229 (Inserir número de empréstimo da hipoteca)
INSERIR ENDEREÇO DO IMÓVEL RESIDENCIAL: 177 DEXTER ST. PROVIDENCE, RI 02907
Data de delinquência: 08/01/2016
Data em que o empréstimo foi liberado da suspensão automática de falência, se aplicável: Not Applicable
Data da exoneração da hipoteca da proteção conferida pela lei dos Estados Unidos da America e do Estado de Rhode Island (Servicemembers Civil Relief Act, 50 U.S.C. App §501 et seq. or R.I. Gen. Laws §34-27-4(d)), se aplicavel: NOT APPLICABLE
O Crédito Imobiliário denominada abaixo ("Créditos Imobiliários") por este instrumento notifica-se que está inadimplente em sua hipoteca. Se você falhar em corrigir tal inadimplência, Créditos Imobiliários têm o direito de executar o empréstimo de hipoteca consistente dos bens imóveis relacionados nesta notificação.

Créditos Imobiliários: BANK OF AMERICA, N.A.
    (Digitar ou imprimir nome de Créditos Imobiliários)
Endereço de Créditos Imobiliários:
Rua: P.O. Box 31785

Cidade, Estado, CEP:   Tampa, FL 33631-3785

Representante Autorizado de Créditos Imobiliários: Loan Servicing Center   Data de envio: 10/03/2016
                                                  (Digitar ou imprimir)            (mm/dd/aaaa)

Informações de Contato para Representante Autorizado de Créditos Imobiliários:

Telefone: 1-800-669-1904
    (Forneça um número gratuito, se disponível)
E-mail: correspondencesupport@bankofamerica.com

cc: Coordenador de Mediação: Rhode Island Housing



## IMPORTANT DISCLOSURES

Bank of America, N.A. is required by law to inform you that this communication is from a debt collector. If you are currently in a bankruptcy proceeding or have previously obtained a discharge of this debt under bankruptcy law, this notice is for informational purposes only and is not an attempt to collect a debt, a demand for payment or an attempt to impose personal liability for a discharged debt.

We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

MILITARY PERSONNEL/SERVICEMEMBERS: If you or your spouse is a member of the military, please contact us immediately. The federal Servicemembers Civil Relief Act (SCRA) and similar state laws provide significant protections and benefits to eligible military service personnel. However, military service and/or SCRA qualification may not necessarily prevent foreclosure. If your loan is in default, a court may authorize foreclosure. If you are having difficulty making your payments, please call us as soon as you can so we can discuss various home retention options. You can reach our Enterprise Military Benefits Unit at 877.345.0693. From outside the U.S., please call us at 817.245.4094. Both numbers are available 24/7. Homeowner counseling is also available at agencies such as Military OneSource at militaryonesource.mil or 800.342.9647 and Armed Forces Legal Assistance at legalassistance.law.af.mil, and through HUD-approved housing counseling agencies, which you can find at hud.gov/offices/hsg/sfh/hcc/hcs.cfm.

