# ORLANS PC

A law firm licensed in
DC, DE, MA, MD, MI, NH, RI, VA

PO Box 540540
Waltham, MA 02454
P (781) 790-7800  F (781) 790-7801
www.Orlans.com
Business Hours: 8:30 AM – 5:00 PM ET

November 15, 2018

CERTIFIED MAIL/RETURN RECEIPT REQUESTED

Spouse of Dolores Cepeda,
177 Dexter Street
Providence, RI 02907

RE :   177 Dexter Street, Providence, RI 02907
       Our File Number: 18-001293

## NOTICE OF INTENTION TO FORECLOSE

Dear Sir or Madam:

Enclosed please find a copy of the Mortgagee's Notice of Sale of Real Estate with respect to the mortgaged premises located at 177 Dexter Street, Providence, RI 02907. This foreclosure proceeding is brought by Wilmington Trust, National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2014-2 (the "Bank") pursuant to a Mortgage granted by Dolores Cepeda to Bank of America, N.A. dated December 22, 2006 and recorded with the City of Providence Land Evidence Records at Book 8462, Page 326. As indicated in the Notice, the Bank has scheduled a public auction foreclosure sale for 7th day of January, 2019 at 3:00 PM on the mortgaged premises.

Very truly yours,
Wilmington Trust, National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2014-2

By its Attorneys,

ORLANS PC

18-001293/674/NOTOL

## MORTGAGEE'S NOTICE OF SALE OF REAL ESTATE

### 177 DEXTER STREET, PROVIDENCE, RI 02907

The premises described in the mortgage will be sold subject to all encumbrances and prior liens on January 7, 2019 at 3:00 PM on the premises, by virtue of the power of sale contained in a mortgage by Dolores Cepeda dated December 22, 2006 and recorded with the City of Providence Land Evidence Records at Book 8462, Page 326, the conditions of said mortgage having been broken.

TERMS OF SALE:
A deposit of FIVE THOUSAND DOLLARS AND 00 CENTS ($5,000.00) in the form of a certified check, bank treasurer's check, or money order will be required to be delivered at or before the time the bid is offered. The description of the premises contained in said mortgage shall control in the event of an error in this publication. Other terms will be announced at the sale.

ORLANS PC
Attorney for the Present Holder of the Mortgage
PO Box 540540
Waltham, MA 02454
Phone: (781) 790-7800
18-001293

18-001293/674/NOTOL

Orlans PC
P. O. Box 5041
Troy, MI 48007-5041

USPS CERTIFIED MAIL™



9214 8900 0017 8600 0000 1017 15

FILE: 18-001293

SPOUSE OF DOLORES CEPEDA,
177 DEXTER STREET
PROVIDENCE, RI 02907

Orlans PC
P. O. Box 5041
Troy, MI 48007-5041