Representation Of Printed Document

# FAY SERVICING

P.O. Box 619063
Dallas, TX 75261-9063

**Mortgage Statement**

Statement Date 01/10/2018

If you have questions or concerns about your statement, please contact us at 1-800-495-7166 between the hours of 8 a.m. - 9 p.m. CT Monday through Thursday, 8:30 a.m. - 5 p.m. CT  Friday, and 10 a.m. - 4 p.m. CT Saturday.
www.fayservicing.com

5-775-07182-0045297-010-000-100-000-000

DOLORES CEPEDA
177 DEXTER ST FL 1
PROVIDENCE RI  02907-2404

| | |
|---|---|
| **Account Number** | **181065** |
| **Payment Due Date** | **02/01/2018** |
| **Amount Due** | **$9,752.65** |

*If payment is received after 02/16/2018, $74.41 late fee will be charged.*

Property Address:

177 DEXTER ST
PROVIDENCE RI 02907

## Account Information

| | |
|---|---|
| Outstanding Principal | $253,383.35 |
| Current Interest Rate | 5.75000% |
| Escrow Balance | ($1,708.14) |

Partial Payments are not applied to your mortgage, but instead are held in a separate unapplied account. If you pay the balance of a partial payment, the unapplied funds will then be added to your mortgage. Adverse credit reporting, late charges and property inspections may occur as a result of the delinquency.

## Explanation of Amount Due

| | |
|---|---|
| Principal | $281.95 |
| Interest | $1,206.16 |
| Escrow (for Taxes and/or Insurance) | $346.11 |
| **Regular Monthly Payment** | **$1,834.22** |
| Overdue Payments | $11,069.16 |
| Total Fees Charged | $249.47 |
| Suspense (Unapplied Funds) | ($3,400.20) |
| **Total Amount Due** | **$9,752.65** |

## Past Payments Breakdown

| | Since Last Statement | Paid Year to Date |
|---|---|---|
| Principal | $0.00 | $0.00 |
| Interest | $0.00 | $0.00 |
| Escrow (for Taxes & Insurance) | $0.00 | $0.00 |
| Suspense (Unapplied Funds) | $1,602.75 | $0.00 |
| Fees | $0.00 | $0.00 |
| **Total** | **$1,602.75** | **$0.00** |

## Delinquency Notice

**You are late on your monthly payments.** Failure to bring the account current may result in additional fees or expenses, and in certain instances, you may risk  foreclosure - the loss of your home. The amount needed to cure the delinquency is $9,752.65. If you are unable to pay this amount, please call your account manager to explore your options.

As of January 10, 2018, you are 162 days delinquent on your mortgage loan.

- Payment Due: 08/01/2017 Unpaid balance of $0.00
- Payment Due: 09/01/2017 Unpaid balance of $1,855.50
- Payment Due: 10/01/2017 Unpaid balance of $1,855.50
- Payment Due: 11/01/2017 Unpaid balance of $1,834.22
- Payment Due: 12/01/2017 Unpaid balance of $1,834.22
- Payment Due: 01/01/2018 Unpaid balance of $1,834.22

Total: **$9,752.65 - You must pay this amount to bring your loan current.**

**We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.**

If you are experiencing financial difficulty, see back for information about home ownership counseling.

The total amount due includes fees and other charges in the amount of $249.47.

---

DETACH AND RETURN BOTTOM PORTION WITH YOUR PAYMENT

# FAY SERVICING

DOLORES CEPEDA

| Account Number | Due Date | Regular Payment | Past Due | Other Amounts | Total Due |
|---|---|---|---|---|---|
| 181065 | 02/01/2018 | $1,834.22 | $11,069.16 | $249.47 | $9,752.65 |

| Amount Due | |
|---|---|
| **Due By 02/01/2018:** | **$9,752.65** |
| *If payment is received after 02/16/2018, $74.41 late fee will be charged.* | |
| Additional Principal | $ |
| Additional Escrow | $ |
| **Total Amount Enclosed** | **$** |



PO Box 88009
Chicago, IL 60680-1009

0000181065400975265001106916683

Internet Reprint

## Important Information To Help Us Serve You Better

| Payments by Phone | Payments Online |
|---|---|
| (800) 495-7166 | www.fayservicing.com |

| **Payments via Overnight or Express Mail** | **Correspondence** |
|---|---|
| Fay Servicing | Fay Servicing |
| Attn: Payment Processing | P.O. Box 809441 |
| 3000 Kellway Drive, Ste. 150 | Chicago, IL 60680-9441 |
| Carrollton, TX 75006 | |
| Payments cannot be made in person at this location | |

*Remember to include your name and account number on all payment remittances and written correspondence.*

### Payments by Phone

Fay Servicing's Pay-by-phone option makes it possible to make your loan payment by using your touchtone telephone. This service is available to you 24 hours a day, 7 days a week. Simply call the toll-free number 1-800-495-7166 to perform real-time, confidential mortgage payment transactions. And you can call as often as you like, there's no charge for the call or transaction.

### Payments Online

Fay Servicing Online Mortgage Payment, free with your online account, can save you time and money with the click of a mouse. Pay your mortgage online and skip paper checks and stamps. Set up your payment in minutes. (Return each month to make your payments, or set up automated recurring payments for convenience.)

### MoneyGram Express Payment

MoneyGram ExpressPayment ensures same-day delivery of your payment to Fay Servicing. Visit your local MoneyGram Agent. Call 1-800-926-9400 to locate the one nearest you. Complete the ExpressPayment form, providing your name and Fay Servicing loan number. The Fay Servicing Receive Code is 15055. All ExpressPayment transactions require cash. The agent will charge a fee for this service. Fay Servicing does not charge a fee for this service.

### Activity Since Your Last Statement (12/12/2017 - 01/10/2018)

| Date | Description | Charges | Payments |
|---|---|---|---|
| 12/14/17 | PAYMENT APPLIED | | $1,602.75 |
| 12/15/17 | HAZARD INS PAID | | -$1,066.00 |
| 12/19/17 | PROPERTY PRESERVATIO | $12.50 | |
| 12/23/17 | TOWNSHIP TAX PAID | | -$748.71 |
| 12/30/17 | INTEREST ON ESCROW | | $0.04 |
| 01/02/18 | LATE CHARGE WAIVED | -$249.47 | |

**HUD-approved housing counselors are available at http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm or by calling 1-800-569-4287.**

**Complaints: As of July 1, 2017, Fay Servicing, LLC will no longer accept Requests for Information or Notices of Error by email. All Requests for Information and Notices of Error must be submitted to:**

**Fay Servicing, LLC**
**901 S. 2nd Street, Suite 201**
**Springfield, IL 62704**

**Fay Servicing is a debt collector, and information you provide to us will be used for that purpose. To the extent your original obligation was discharged, or is subject to an automatic stay under the United States Bankruptcy Code, this is being provided for informational purposes only and does not constitute an attempt to collect a debt or impose personal liability. Our office hours are Monday-Thursday 8 a.m. - 9 p.m. Friday 8:30 a.m. - 5 p.m., and Saturday 10 a.m. - 4 p.m. CST. Call today: 1-800-495-7166. NMLS ID#88244. NC residents: Fay Servicing, LLC, NC Permit Number 112302, 440 S. LaSalle St., Suite 2000, Chicago, IL 60605-6011.**

Representation Of Printed Document

# FAY SERVICING

P.O. Box 619063
Dallas, TX 75261-9063

**Mortgage Statement**

Statement Date 02/10/2018

9-775-07327-0045585-010-000-100-000-000

DOLORES CEPEDA
177 DEXTER ST FL 1
PROVIDENCE RI 02907-2404

If you have questions or concerns about your statement, please contact us at 1-800-495-7166 between the hours of 8 a.m. - 9 p.m. CT Monday through Thursday, 8:30 a.m. - 5 p.m. CT Friday, and 10 a.m. - 4 p.m. CT Saturday.
www.fayservicing.com

| | |
|---|---|
| **Account Number** | **181065** |
| **Payment Due Date** | **03/01/2018** |
| **Amount Due** | **$11,586.87** |

*If payment is received after 03/16/2018, $74.41 late fee will be charged.*

Property Address:

177 DEXTER ST
PROVIDENCE RI 02907

## Account Information

| | |
|---|---|
| Outstanding Principal | $253,383.35 |
| Current Interest Rate | 5.75000% |
| Escrow Balance | ($1,708.14) |

Partial Payments are not applied to your mortgage, but instead are held in a separate unapplied account. If you pay the balance of a partial payment, the unapplied funds will then be added to your mortgage. Adverse credit reporting, late charges and property inspections may occur as a result of the delinquency.

## Explanation of Amount Due

| | |
|---|---|
| Principal | $283.30 |
| Interest | $1,204.81 |
| Escrow (for Taxes and/or Insurance) | $346.11 |
| **Regular Monthly Payment** | **$1,834.22** |
| Overdue Payments | $12,903.38 |
| Total Fees Charged | $249.47 |
| Suspense (Unapplied Funds) | ($3,400.20) |
| **Total Amount Due** | **$11,586.87** |

## Past Payments Breakdown

| | Since Last Statement | Paid Year to Date |
|---|---|---|
| Principal | $0.00 | $0.00 |
| Interest | $0.00 | $0.00 |
| Escrow (for Taxes & Insurance) | $0.00 | $0.00 |
| Suspense (Unapplied Funds) | $0.00 | $0.00 |
| Fees | $0.00 | $0.00 |
| **Total** | **$0.00** | **$0.00** |

## Delinquency Notice

**You are late on your monthly payments.** Failure to bring the account current may result in additional fees or expenses, and in certain instances, you may risk foreclosure - the loss of your home. The amount needed to cure the delinquency is $11,586.87. If you are unable to pay this amount, please call your account manager to explore your options.
As of February 10, 2018, you are 193 days delinquent on your mortgage loan.

- Payment Due: 09/01/2017 Unpaid balance of $1,855.50
- Payment Due: 10/01/2017 Unpaid balance of $1,855.50
- Payment Due: 11/01/2017 Unpaid balance of $1,834.22
- Payment Due: 12/01/2017 Unpaid balance of $1,834.22
- Payment Due: 01/01/2018 Unpaid balance of $1,834.22
- Payment Due: 02/01/2018 Unpaid balance of $1,834.22

Total: **$11,586.87 - You must pay this amount to bring your loan current.**

**We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.**

If you are experiencing financial difficulty, see back for information about home ownership counseling.

The total amount due includes fees and other charges in the amount of $249.47.

If a foreclosure sale date has been scheduled, you must reinstate your loan or make other payment arrangement prior to the foreclosure sale date to avoid foreclosure. Please call us at 1-800-495-7166 to obtain the amount necessary to reinstate your loan.

---

DETACH AND RETURN BOTTOM PORTION WITH YOUR PAYMENT



DOLORES CEPEDA

| **Account Number** | **Due Date** | **Regular Payment** | **Past Due** | **Other Amounts** | **Total Due** |
|---|---|---|---|---|---|
| 181065 | 03/01/2018 | $1,834.22 | $12,903.38 | $249.47 | $11,586.87 |

| **Amount Due** | |
|---|---|
| **Due By 03/01/2018:** | **$11,586.87** |

*If payment is received after 03/16/2018, $74.41 late fee will be charged.*

| Additional Principal | $ |
|---|---|
| Additional Escrow | $ |
| **Total Amount Enclosed** | **$** |

FAY SERVICING

PO Box 88009
Chicago, IL 60680-1009

0000181065401158687201290338 11

Internet Reprint

## Important Information To Help Us Serve You Better

| Payments by Phone | Payments Online |
|---|---|
| (800) 495-7166 | www.fayservicing.com |

| **Payments via Overnight or Express Mail** | **Correspondence** |
|---|---|
| Fay Servicing | Fay Servicing |
| Attn: Payment Processing | P.O. Box 809441 |
| 3000 Kellway Drive, Ste. 150 | Chicago, IL 60680-9441 |
| Carrollton, TX 75006 | |
| Payments cannot be made in person at this location | |

*Remember to include your name and account number on all payment remittances and written correspondence.*

### Payments by Phone

Fay Servicing's Pay-by-phone option makes it possible to make your loan payment by using your touchtone telephone. This service is available to you 24 hours a day, 7 days a week. Simply call the toll-free number 1-800-495-7166 to perform real-time, confidential mortgage payment transactions. And you can call as often as you like, there's no charge for the call or transaction.

### Payments Online

Fay Servicing Online Mortgage Payment, free with your online account, can save you time and money with the click of a mouse. Pay your mortgage online and skip paper checks and stamps. Set up your payment in minutes. (Return each month to make your payments, or set up automated recurring payments for convenience.)

### MoneyGram Express Payment

MoneyGram ExpressPayment ensures same-day delivery of your payment to Fay Servicing. Visit your local MoneyGram Agent. Call 1-800-926-9400 to locate the one nearest you. Complete the ExpressPayment form, providing your name and Fay Servicing loan number. The Fay Servicing Receive Code is 15055. All ExpressPayment transactions require cash. The agent will charge a fee for this service. Fay Servicing does not charge a fee for this service.

### Activity Since Your Last Statement (01/11/2018 - 02/10/2018)

| Date | Description | Charges | Payments |
|---|---|---|---|
| 12/29/17 | INS.FEDEX | $65.64 | |
| 01/15/18 | PROPERTY PRESERVATIO | $12.50 | |

HUD-approved housing counselors are available at http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm or by calling 1-800-569-4287.

**Complaints: As of July 1, 2017, Fay Servicing, LLC will no longer accept Requests for Information or Notices of Error by email. All Requests for Information and Notices of Error must be submitted to:**

**Fay Servicing, LLC**
**901 S. 2nd Street, Suite 201**
**Springfield, IL 62704**

**Fay Servicing is a debt collector, and information you provide to us will be used for that purpose. To the extent your original obligation was discharged, or is subject to an automatic stay under the United States Bankruptcy Code, this is being provided for informational purposes only and does not constitute an attempt to collect a debt or impose personal liability. Our office hours are Monday-Thursday 8 a.m. - 9 p.m. Friday 8:30 a.m. - 5 p.m., and Saturday 10 a.m. - 4 p.m. CST. Call today: 1-800-495-7166. NMLS ID#88244. NC residents: Fay Servicing, LLC, NC Permit Number 112302, 440 S. LaSalle St., Suite 2000, Chicago, IL 60605-6011.**

Representation Of Printed Document

# FAY SERVICING

P.O. Box 619063
Dallas, TX 75261-9063

**Mortgage Statement**

Statement Date 03/10/2018

0-775-07486-0044801-009-000-100-000-000

If you have questions or concerns about your statement, please contact us at 1-800-495-7166 between the hours of 8 a.m. - 9 p.m. CT Monday through Thursday, 8:30 a.m. - 5 p.m. CT  Friday, and 10 a.m. - 4 p.m. CT Saturday.
**www.fayservicing.com**

DOLORES CEPEDA
177 DEXTER ST FL 1
PROVIDENCE RI  02907-2404

| | |
|---|---|
| **Account Number** | **181065** |
| **Payment Due Date** | **04/01/2018** |
| **Amount Due** | **$13,421.09** |

*If payment is received after 04/16/2018, $74.41 late fee will be charged.*

Property Address:

177 DEXTER ST
PROVIDENCE RI 02907

## Account Information

| | |
|---|---|
| Outstanding Principal | $253,383.35 |
| Current Interest Rate | 5.75000% |
| Escrow Balance | ($1,708.14) |

Partial Payments are not applied to your mortgage, but instead are held in a separate unapplied account. If you pay the balance of a partial payment, the unapplied funds will then be added to your mortgage. Adverse credit reporting, late charges and property inspections may occur as a result of the delinquency.

## Explanation of Amount Due

| | |
|---|---|
| Principal | $284.66 |
| Interest | $1,203.45 |
| Escrow (for Taxes and/or Insurance) | $346.11 |
| **Regular Monthly Payment** | **$1,834.22** |
| Overdue Payments | $14,737.60 |
| Total Fees Charged | $249.47 |
| Suspense (Unapplied Funds) | ($3,400.20) |
| **Total Amount Due** | **$13,421.09** |

## Past Payments Breakdown

| | Since Last Statement | Paid Year to Date |
|---|---|---|
| Principal | $0.00 | $0.00 |
| Interest | $0.00 | $0.00 |
| Escrow (for Taxes & Insurance) | $0.00 | $0.00 |
| Suspense (Unapplied Funds) | $0.00 | $0.00 |
| Fees | $0.00 | $0.00 |
| **Total** | **$0.00** | **$0.00** |

## Delinquency Notice

**You are late on your monthly payments.** Failure to bring the account current may result in additional fees or expenses, and in certain instances, you may risk  foreclosure - the loss of your home. The amount needed to cure the delinquency is $13,421.09. If you are unable to pay this amount, please call your account manager to explore your options.
As of March 10, 2018, you are 221 days delinquent on your mortgage loan.

- Payment Due: 10/01/2017 Unpaid balance of $1,855.50
- Payment Due: 11/01/2017 Unpaid balance of $1,834.22
- Payment Due: 12/01/2017 Unpaid balance of $1,834.22
- Payment Due: 01/01/2018 Unpaid balance of $1,834.22
- Payment Due: 02/01/2018 Unpaid balance of $1,834.22
- Payment Due: 03/01/2018 Unpaid balance of $1,834.22

Total: **$13,421.09 - You must pay this amount to bring your loan current.**

**We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.**

If you are experiencing financial difficulty, see back for information about home ownership counseling.

The total amount due includes fees and other charges in the amount of $249.47.

If a foreclosure sale date has been scheduled, you must reinstate your loan or make other payment arrangement prior to the foreclosure sale date to avoid foreclosure. Please call us at 1-800-495-7166 to obtain the necessary to reinstate your loan.

---

DETACH AND RETURN BOTTOM PORTION WITH YOUR PAYMENT

# FAY SERVICING

DOLORES CEPEDA

| **Account Number** | **Due Date** | **Regular Payment** | **Past Due** | **Other Amounts** | **Total Due** |
|---|---|---|---|---|---|
| 181065 | 04/01/2018 | $1,834.22 | $14,737.60 | $249.47 | $13,421.09 |



PO Box 88009
Chicago, IL 60680-1009

| **Amount Due** | |
|---|---|
| **Due By 04/01/2018:** | **$13,421.09** |
| *If payment is received after 04/16/2018, $74.41 late fee will be charged.* | |
| Additional Principal | $ |
| Additional Escrow | $ |
| **Total Amount Enclosed** | $ |

0000181065401342109401477376057

Internet Reprint

**Important Information To Help Us Serve You Better**

| Payments by Phone | Payments Online |
|---|---|
| (800) 495-7166 | www.fayservicing.com |

| **Payments via Overnight or Express Mail** | **Correspondence** |
|---|---|
| Fay Servicing | Fay Servicing |
| Attn: Payment Processing | P.O. Box 809441 |
| 3000 Kellway Drive, Ste. 150 | Chicago, IL 60680-9441 |
| Carrollton, TX 75006 | |
| Payments cannot be made in person at this location | |

*Remember to include your name and account number on all payment remittances and written correspondence.*

## Payments by Phone

Fay Servicing's Pay-by-phone option makes it possible to make your loan payment by using your touchtone telephone. This service is available to you 24 hours a day, 7 days a week. Simply call the toll-free number 1-800-495-7166 to perform real-time, confidential mortgage payment transactions. And you can call as often as you like, there's no charge for the call or transaction.

## Payments Online

Fay Servicing Online Mortgage Payment, free with your online account, can save you time and money with the click of a mouse. Pay your mortgage online and skip paper checks and stamps. Set up your payment in minutes. (Return each month to make your payments, or set up automated recurring payments for convenience.)

## MoneyGram Express Payment

MoneyGram ExpressPayment ensures same-day delivery of your payment to Fay Servicing. Visit your local MoneyGram Agent. Call 1-800-926-9400 to locate the one nearest you. Complete the ExpressPayment form, providing your name and Fay Servicing loan number. The Fay Servicing Receive Code is 15055. All ExpressPayment transactions require cash. The agent will charge a fee for this service. Fay Servicing does not charge a fee for this service.

## Activity Since Your Last Statement (02/11/2018 - 03/10/2018)

| Date | Description | Charges | Payments |
|---|---|---|---|
| 12/29/17 | INS.FEDEX | $65.64 | |
| 02/20/18 | PROPERTY PRESERVATIO | $12.50 | |

HUD-approved housing counselors are available at http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm or by calling 1-800-569-4287.

**Complaints:** As of July 1, 2017, Fay Servicing, LLC will no longer accept Requests for Information or Notices of Error by email. All Requests for Information and Notices of Error must be submitted to:

**Fay Servicing, LLC**
**901 S. 2nd Street, Suite 201**
**Springfield, IL 62704**

**Fay Servicing is a debt collector, and information you provide to us will be used for that purpose. To the extent your original obligation was discharged, or is subject to an automatic stay under the United States Bankruptcy Code, this is being provided for informational purposes only and does not constitute an attempt to collect a debt or impose personal liability. Our office hours are Monday-Thursday 8 a.m. - 9 p.m. Friday 8:30 a.m. - 5 p.m., and Saturday 10 a.m. - 4 p.m. CST. Call today: 1-800-495-7166. NMLS ID#88244. NC residents: Fay Servicing, LLC, NC Permit Number 112302, 440 S. LaSalle St., Suite 2000, Chicago, IL 60605-6011.**

Representation Of Printed Document

# FAY SERVICING

P.O. Box 619063
Dallas, TX 75261-9063

**Mortgage Statement**

Statement Date 04/10/2018

If you have questions or concerns about your statement, please contact us at 1-800-495-7166 between the hours of 8 a.m. - 9 p.m. CT Monday through Thursday, 8:30 a.m. - 5 p.m. CT  Friday, and 10 a.m. - 4 p.m. CT Saturday.
www.fayservicing.com

5-775-07653-0044071-009-000-100-000-000

DOLORES CEPEDA
177 DEXTER ST FL 1
PROVIDENCE RI  02907-2404

| | |
|---|---|
| **Account Number** | **181065** |
| **Payment Due Date** | **05/01/2018** |
| **Amount Due** | **$15,255.31** |

*If payment is received after 05/16/2018, $74.41 late fee will be charged.*

Property Address:

177 DEXTER ST
PROVIDENCE RI 02907

## Account Information

| | |
|---|---|
| Outstanding Principal | $253,383.35 |
| Current Interest Rate | 5.75000% |
| Escrow Balance | ($2,456.85) |

Partial Payments are not applied to your mortgage, but instead are held in a separate unapplied account. If you pay the balance of a partial payment, the unapplied funds will then be added to your mortgage. Adverse credit reporting, late charges and property inspections may occur as a result of the delinquency.

## Explanation of Amount Due

| | |
|---|---|
| Principal | $286.03 |
| Interest | $1,202.08 |
| Escrow (for Taxes and/or Insurance) | $346.11 |
| **Regular Monthly Payment** | **$1,834.22** |
| Overdue Payments | $16,571.82 |
| Total Fees Charged | $249.47 |
| Suspense (Unapplied Funds) | ($3,400.20) |
| **Total Amount Due** | **$15,255.31** |

## Past Payments Breakdown

| | Since Last Statement | Paid Year to Date |
|---|---|---|
| Principal | $0.00 | $0.00 |
| Interest | $0.00 | $0.00 |
| Escrow (for Taxes & Insurance) | $0.00 | $0.00 |
| Suspense (Unapplied Funds) | $0.00 | $0.00 |
| Fees | $0.00 | $0.00 |
| **Total** | **$0.00** | **$0.00** |

## Delinquency Notice

**You are late on your monthly payments.** Failure to bring the account current may result in additional fees or expenses, and in certain instances, you may risk  foreclosure - the loss of your home. The amount needed to cure the delinquency is $15,255.31. If you are unable to pay this amount, please call your account manager to explore your options.
As of April 10, 2018, you are 252 days delinquent on your mortgage loan.

- Payment Due: 11/01/2017 Unpaid balance of $1,834.22
- Payment Due: 12/01/2017 Unpaid balance of $1,834.22
- Payment Due: 01/01/2018 Unpaid balance of $1,834.22
- Payment Due: 02/01/2018 Unpaid balance of $1,834.22
- Payment Due: 03/01/2018 Unpaid balance of $1,834.22
- Payment Due: 04/01/2018 Unpaid balance of $1,834.22

Total: **$15,255.31 - You must pay this amount to bring your loan current.**

**We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.**

If you are experiencing financial difficulty, see back for information about home ownership counseling.

The total amount due includes fees and other charges in the amount of $249.47.

If a foreclosure sale date has been scheduled, you must reinstate your loan or make other payment arrangement prior to the foreclosure sale date to avoid foreclosure. Please call us at 1-800-495-7166 to obtain the amount necessary to reinstate your loan.

---

DETACH AND RETURN BOTTOM PORTION WITH YOUR PAYMENT

# FAY SERVICING

DOLORES CEPEDA

| Account Number | Due Date | Regular Payment | Past Due | Other Amounts | Total Due |
|---|---|---|---|---|---|
| 181065 | 05/01/2018 | $1,834.22 | $16,571.82 | $249.47 | $15,255.31 |

| Amount Due | |
|---|---|
| **Due By 05/01/2018:** | **$15,255.31** |
| *If payment is received after 05/16/2018, $74.41 late fee will be charged.* | |
| Additional Principal | $ |
| Additional Escrow | $ |
| **Total Amount Enclosed** | $ |



# FAY SERVICING

PO Box 88009
Chicago, IL 60680-1009

00001810654015255318016571820b

Internet Reprint

| Important Information To Help Us Serve You Better | |
|---|---|
| **Payments by Phone** | **Payments Online** |
| (800) 495-7166 | www.fayservicing.com |
| **Payments via Overnight or Express Mail** | **Correspondence** |
| Fay Servicing<br>Attn: Payment Processing<br>3000 Kellway Drive, Ste. 150<br>Carrollton, TX 75006<br><small>Payments cannot be made in person at this location</small> | Fay Servicing<br>P.O. Box 809441<br>Chicago, IL 60680-9441 |

*Remember to include your name and account number on all payment remittances and written correspondence.*

## Payments by Phone

Fay Servicing's Pay-by-phone option makes it possible to make your loan payment by using your touchtone telephone. This service is available to you 24 hours a day, 7 days a week. Simply call the toll-free number 1-800-495-7166 to perform real-time, confidential mortgage payment transactions. And you can call as often as you like, there's no charge for the call or transaction.

## Payments Online

Fay Servicing Online Mortgage Payment, free with your online account, can save you time and money with the click of a mouse. Pay your mortgage online and skip paper checks and stamps. Set up your payment in minutes. (Return each month to make your payments, or set up automated recurring payments for convenience.)

## MoneyGram Express Payment

MoneyGram ExpressPayment ensures same-day delivery of your payment to Fay Servicing. Visit your local MoneyGram Agent. Call 1-800-926-9400 to locate the one nearest you. Complete the ExpressPayment form, providing your name and Fay Servicing loan number. The Fay Servicing Receive Code is 15055. All ExpressPayment transactions require cash. The agent will charge a fee for this service. Fay Servicing does not charge a fee for this service.

### Activity Since Your Last Statement (03/11/2018 - 04/10/2018)

| Date | Description | Charges | Payments |
|---|---|---|---|
| 03/20/18 | PROPERTY PRESERVATIO | $12.50 | |
| 03/22/18 | TOWNSHIP TAX PAID | | -$748.71 |

**HUD-approved housing counselors are available at http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm or by calling 1-800-569-4287.**

**Complaints: As of July 1, 2017, Fay Servicing, LLC will no longer accept Requests for Information or Notices of Error by email. All Requests for Information and Notices of Error must be submitted to:**

**Fay Servicing, LLC**
**901 S. 2nd Street, Suite 201**
**Springfield, IL 62704**

**Fay Servicing is a debt collector, and information you provide to us will be used for that purpose. To the extent your original obligation was discharged, or is subject to an automatic stay under the United States Bankruptcy Code, this is being provided for informational purposes only and does not constitute an attempt to collect a debt or impose personal liability. Our office hours are Monday-Thursday 8 a.m. - 9 p.m. Friday 8:30 a.m. - 5 p.m., and Saturday 10 a.m. - 4 p.m. CST. Call today: 1-800-495-7166. NMLS ID#88244. NC residents: Fay Servicing, LLC, NC Permit Number 112302, 440 S. LaSalle St., Suite 2000, Chicago, IL 60605-6011.**

Representation Of Printed Document

# FAY SERVICING

P.O. Box 619063
Dallas, TX 75261-9063

**Mortgage Statement**

Statement Date 05/10/2018

If you have questions or concerns about your statement, please contact us at 1-800-495-7166 between the hours of 8 a.m. - 9 p.m. CT Monday through Thursday, 8:30 a.m. - 5 p.m. CT  Friday, and 10 a.m. - 4 p.m. CT Saturday.
www.fayservicing.com

9-775-07803-0046058-010-000-100-000-000

DOLORES CEPEDA
177 DEXTER ST FL 1
PROVIDENCE RI  02907-2404

| | |
|---|---|
| **Account Number** | **181065** |
| **Payment Due Date** | **06/01/2018** |
| **Amount Due** | **$17,089.53** |

*If payment is received after 06/16/2018, $74.41 late fee will be charged.*

Property Address:

177 DEXTER ST
PROVIDENCE RI 02907

## Account Information

| | |
|---|---|
| Outstanding Principal | $253,383.35 |
| Current Interest Rate | 5.75000% |
| Escrow Balance | ($2,456.85) |

Partial Payments are not applied to your mortgage, but instead are held in a separate unapplied account. If you pay the balance of a partial payment, the unapplied funds will then be added to your mortgage. Adverse credit reporting, late charges and property inspections may occur as a result of the delinquency.

## Explanation of Amount Due

| | |
|---|---|
| Principal | $287.40 |
| Interest | $1,200.71 |
| Escrow (for Taxes and/or Insurance) | $346.11 |
| **Regular Monthly Payment** | **$1,834.22** |
| Overdue Payments | $18,406.04 |
| Total Fees Charged | $249.47 |
| Suspense (Unapplied Funds) | ($3,400.20) |
| **Total Amount Due** | **$17,089.53** |

## Past Payments Breakdown

| | Since Last Statement | Paid Year to Date |
|---|---|---|
| Principal | $0.00 | $0.00 |
| Interest | $0.00 | $0.00 |
| Escrow (for Taxes & Insurance) | $0.00 | $0.00 |
| Suspense (Unapplied Funds) | $0.00 | $0.00 |
| Fees | $0.00 | $0.00 |
| **Total** | **$0.00** | **$0.00** |

## Delinquency Notice

**You are late on your monthly payments.** Failure to bring the account current may result in additional fees or expenses, and in certain instances, you may risk  foreclosure - the loss of your home. The amount needed to cure the delinquency is $17,089.53. If you are unable to pay this amount, please call your account manager to explore your options.

As of May 10, 2018, you are 282 days delinquent on your mortgage loan.

- Payment Due: 12/01/2017 Unpaid balance of $1,834.22
- Payment Due: 01/01/2018 Unpaid balance of $1,834.22
- Payment Due: 02/01/2018 Unpaid balance of $1,834.22
- Payment Due: 03/01/2018 Unpaid balance of $1,834.22
- Payment Due: 04/01/2018 Unpaid balance of $1,834.22
- Payment Due: 05/01/2018 Unpaid balance of $1,834.22

Total: **$17,089.53 - You must pay this amount to bring your loan current.**

**We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.**

If you are experiencing financial difficulty, see back for information about home ownership counseling.

The total amount due includes fees and other charges in the amount of $249.47.

If a foreclosure sale date has been scheduled, you must reinstate your loan or make other payment arrangement prior to the foreclosure sale date to avoid foreclosure. Please call us at 1-800-495-7166 to obtain the amount necessary to reinstate your loan.

---

DETACH AND RETURN BOTTOM PORTION WITH YOUR PAYMENT

# FAY SERVICING

DOLORES CEPEDA

| Account Number | Due Date | Regular Payment | Past Due | Other Amounts | Total Due |
|---|---|---|---|---|---|
| 181065 | 06/01/2018 | $1,834.22 | $18,406.04 | $249.47 | $17,089.53 |

# FAY SERVICING

PO Box 88009
Chicago, IL 60680-1009



| Amount Due | |
|---|---|
| **Due By 06/01/2018:** | **$17,089.53** |
| *If payment is received after 06/16/2018, $74.41 late fee will be charged.* | |
| Additional Principal | $ |
| Additional Escrow | $ |
| **Total Amount Enclosed** | $ |

0000181065401708953301840604 18

Internet Reprint

## Important Information To Help Us Serve You Better

| Payments by Phone | Payments Online |
|---|---|
| (800) 495-7166 | www.fayservicing.com |

| **Payments via Overnight or Express Mail** | **Correspondence** |
|---|---|
| Fay Servicing | Fay Servicing |
| Attn: Payment Processing | P.O. Box 809441 |
| 3000 Kellway Drive, Ste. 150 | Chicago, IL 60680-9441 |
| Carrollton, TX 75006 | |
| Payments cannot be made in person at this location | |

*Remember to include your name and account number on all payment remittances and written correspondence.*

### Payments by Phone

Fay Servicing's Pay-by-phone option makes it possible to make your loan payment by using your touchtone telephone. This service is available to you 24 hours a day, 7 days a week. Simply call the toll-free number 1-800-495-7166 to perform real-time, confidential mortgage payment transactions. And you can call as often as you like, there's no charge for the call or transaction.

### Payments Online

Fay Servicing Online Mortgage Payment, free with your online account, can save you time and money with the click of a mouse. Pay your mortgage online and skip paper checks and stamps. Set up your payment in minutes. (Return each month to make your payments, or set up automated recurring payments for convenience.)

### MoneyGram Express Payment

MoneyGram ExpressPayment ensures same-day delivery of your payment to Fay Servicing. Visit your local MoneyGram Agent. Call 1-800-926-9400 to locate the one nearest you. Complete the ExpressPayment form, providing your name and Fay Servicing loan number. The Fay Servicing Receive Code is 15055. All ExpressPayment transactions require cash. The agent will charge a fee for this service. Fay Servicing does not charge a fee for this service.

### Activity Since Your Last Statement (04/11/2018 - 05/10/2018)

| Date | Description | Charges | Payments |
|---|---|---|---|
| 12/29/17 | INS.FEDEX | $65.64 | |
| 04/30/18 | PROPERTY PRESERVATIO | $12.50 | |

HUD-approved housing counselors are available at http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm or by calling 1-800-569-4287.

**Complaints:** As of July 1, 2017, Fay Servicing, LLC will no longer accept Requests for Information or Notices of Error by email. All Requests for Information and Notices of Error must be submitted to:

**Fay Servicing, LLC**
**901 S. 2nd Street, Suite 201**
**Springfield, IL 62704**

**Fay Servicing is a debt collector, and information you provide to us will be used for that purpose. To the extent your original obligation was discharged, or is subject to an automatic stay under the United States Bankruptcy Code, this is being provided for informational purposes only and does not constitute an attempt to collect a debt or impose personal liability. Our office hours are Monday-Thursday 8 a.m. - 9 p.m. Friday 8:30 a.m. - 5 p.m., and Saturday 10 a.m. - 4 p.m. CST. Call today: 1-800-495-7166. NMLS ID#88244. NC residents: Fay Servicing, LLC, NC Permit Number 112302, 440 S. LaSalle St., Suite 2000, Chicago, IL 60605-6011.**

Representation Of Printed Document

# FAY SERVICING

P.O. Box 619063
Dallas, TX 75261-9063

**Mortgage Statement**

Statement Date 06/11/2018

If you have questions or concerns about your statement, please contact us at 1-800-495-7166 between the hours of 8 a.m. - 9 p.m. CT Monday through Thursday, 8:30 a.m. - 5 p.m. CT Friday, and 10 a.m. - 4 p.m. CT Saturday.
www.fayservicing.com

5-775-07942-0044724-009-000-100-000-000

DOLORES CEPEDA
177 DEXTER ST FL 1
PROVIDENCE RI  02907-2404

| | |
|---|---|
| **Account Number** | **181065** |
| **Payment Due Date** | **07/01/2018** |
| **Amount Due** | **$18,923.75** |

*If payment is received after 07/16/2018, $74.41 late fee will be charged.*

Property Address:

177 DEXTER ST
PROVIDENCE RI 02907

## Account Information

| | |
|---|---|
| Outstanding Principal | $253,383.35 |
| Current Interest Rate | 5.75000% |
| Escrow Balance | ($2,456.85) |

Partial Payments are not applied to your mortgage, but instead are held in a separate unapplied account. If you pay the balance of a partial payment, the unapplied funds will then be added to your mortgage. Adverse credit reporting, late charges and property inspections may occur as a result of the delinquency.

## Explanation of Amount Due

| | |
|---|---|
| Principal | $288.77 |
| Interest | $1,199.34 |
| Escrow (for Taxes and/or Insurance) | $346.11 |
| **Regular Monthly Payment** | **$1,834.22** |
| Overdue Payments | $20,240.26 |
| Total Fees Charged | $249.47 |
| Suspense (Unapplied Funds) | ($3,400.20) |
| **Total Amount Due** | **$18,923.75** |

## Past Payments Breakdown

| | Since Last Statement | Paid Year to Date |
|---|---|---|
| Principal | $0.00 | $0.00 |
| Interest | $0.00 | $0.00 |
| Escrow (for Taxes & Insurance) | $0.00 | $0.00 |
| Suspense (Unapplied Funds) | $0.00 | $0.00 |
| Fees | $0.00 | $0.00 |
| **Total** | **$0.00** | **$0.00** |

## Delinquency Notice

**You are late on your monthly payments.** Failure to bring the account current may result in additional fees or expenses, and in certain instances, you may risk  foreclosure - the loss of your home. The amount needed to cure the delinquency is $18,923.75. If you are unable to pay this amount, please call your account manager to explore your options.
As of June 11, 2018, you are 314 days delinquent on your mortgage loan.

- Payment Due: 01/01/2018 Unpaid balance of $1,834.22
- Payment Due: 02/01/2018 Unpaid balance of $1,834.22
- Payment Due: 03/01/2018 Unpaid balance of $1,834.22
- Payment Due: 04/01/2018 Unpaid balance of $1,834.22
- Payment Due: 05/01/2018 Unpaid balance of $1,834.22
- Payment Due: 06/01/2018 Unpaid balance of $1,834.22

Total: **$18,923.75 - You must pay this amount to bring your loan current.**

**We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.**

If you are experiencing financial difficulty, see back for information about home ownership counseling.

The total amount due includes fees and other charges in the amount of $249.47.

If a foreclosure sale date has been scheduled, you must reinstate your loan or make other payment arrangement prior to the foreclosure sale date to avoid foreclosure. Please call us at 1-800-495-7166 to obtain the amount necessary to reinstate your loan.

---

DETACH AND RETURN BOTTOM PORTION WITH YOUR PAYMENT

# FAY SERVICING

DOLORES CEPEDA

| Account Number | Due Date | Regular Payment | Past Due | Other Amounts | Total Due |
|---|---|---|---|---|---|
| 181065 | 07/01/2018 | $1,834.22 | $20,240.26 | $249.47 | $18,923.75 |

# FAY SERVICING

PO Box 88009
Chicago, IL 60680-1009



| Amount Due | |
|---|---|
| **Due By 07/01/2018:** | **$18,923.75** |
| *If payment is received after 07/16/2018, $74.41 late fee will be charged.* | |
| Additional Principal | $ |
| Additional Escrow | $ |
| **Total Amount Enclosed** | $ |

0000181065401892375502024 02635

Internet Reprint

The header navigation

# Important Information To Help Us Serve You Better

| **Payments by Phone** | **Payments Online** |
|---|---|
| (800) 495-7166 | www.fayservicing.com |

| **Payments via Overnight or Express Mail** | **Correspondence** |
|---|---|
| Fay Servicing | Fay Servicing |
| Attn: Payment Processing | P.O. Box 809441 |
| 3000 Kellway Drive, Ste. 150 | Chicago, IL 60680-9441 |
| Carrollton, TX 75006 | |
| Payments cannot be made in person at this location | |

*Remember to include your name and account number on all payment remittances and written correspondence.*

## Payments by Phone

Fay Servicing's Pay-by-phone option makes it possible to make your loan payment by using your touchtone telephone. This service is available to you 24 hours a day, 7 days a week. Simply call the toll-free number 1-800-495-7166 to perform real-time, confidential mortgage payment transactions. And you can call as often as you like, there's no charge for the call or transaction.

## Payments Online

Fay Servicing Online Mortgage Payment, free with your online account, can save you time and money with the click of a mouse. Pay your mortgage online and skip paper checks and stamps. Set up your payment in minutes. (Return each month to make your payments, or set up automated recurring payments for convenience.)

## MoneyGram Express Payment

MoneyGram ExpressPayment ensures same-day delivery of your payment to Fay Servicing. Visit your local MoneyGram Agent. Call 1-800-926-9400 to locate the one nearest you. Complete the ExpressPayment form, providing your name and Fay Servicing loan number. The Fay Servicing Receive Code is 15055. All ExpressPayment transactions require cash. The agent will charge a fee for this service. Fay Servicing does not charge a fee for this service.

## Activity Since Your Last Statement (05/11/2018 - 06/11/2018)

| Date | Description | Charges | Payments |
|---|---|---|---|
| 12/29/17 | INS.FEDEX | $65.64 | |
| 05/29/18 | PROPERTY PRESERVATIO | $12.50 | |

**HUD-approved housing counselors are available at http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm or by calling 1-800-569-4287.**

**Complaints: As of July 1, 2017, Fay Servicing, LLC will no longer accept Requests for Information or Notices of Error by email. All Requests for Information and Notices of Error must be submitted to:**

**Fay Servicing, LLC**
**901 S. 2nd Street, Suite 201**
**Springfield, IL 62704**

**Fay Servicing is a debt collector, and information you provide to us will be used for that purpose. To the extent your original obligation was discharged, or is subject to an automatic stay under the United States Bankruptcy Code, this is being provided for informational purposes only and does not constitute an attempt to collect a debt or impose personal liability. Our office hours are Monday-Thursday 8 a.m. - 9 p.m. Friday 8:30 a.m. - 5 p.m., and Saturday 10 a.m. - 4 p.m. CST. Call today: 1-800-495-7166. NMLS ID#88244. NC residents: Fay Servicing, LLC, NC Permit Number 112302, 440 S. LaSalle St., Suite 2000, Chicago, IL 60605-6011.**

Representation Of Printed Document

# FAY SERVICING

P.O. Box 619063
Dallas, TX 75261-9063

## Mortgage Statement

Statement Date 07/10/2018

5-775-08097-0043832-009-000-100-000-000

DOLORES CEPEDA
177 DEXTER ST FL 1
PROVIDENCE RI  02907-2404

If you have questions or concerns about your statement, please contact us at 1-800-495-7166 between the hours of 8 a.m. - 9 p.m. CT Monday through Thursday, 8:30 a.m. - 5 p.m. CT  Friday, and 10 a.m. - 4 p.m. CT Saturday.
www.fayservicing.com

| | |
|---|---|
| **Account Number** | **181065** |
| **Payment Due Date** | **08/01/2018** |
| **Amount Due** | **$20,757.97** |

*If payment is received after 08/16/2018, $74.41 late fee will be charged.*

Property Address:

177 DEXTER ST
PROVIDENCE RI 02907

## Account Information

| | |
|---|---|
| Outstanding Principal | $253,383.35 |
| Current Interest Rate | 5.75000% |
| Escrow Balance | ($3,205.56) |

Partial Payments are not applied to your mortgage, but instead are held in a separate unapplied account. If you pay the balance of a partial payment, the unapplied funds will then be added to your mortgage. Adverse credit reporting, late charges and property inspections may occur as a result of the delinquency.

## Explanation of Amount Due

| | |
|---|---|
| Principal | $290.16 |
| Interest | $1,197.95 |
| Escrow (for Taxes and/or Insurance) | $346.11 |
| **Regular Monthly Payment** | **$1,834.22** |
| Overdue Payments | $22,074.48 |
| Total Fees Charged | $249.47 |
| Suspense (Unapplied Funds) | ($3,400.20) |
| **Total Amount Due** | **$20,757.97** |

## Past Payments Breakdown

| | Since Last Statement | Paid Year to Date |
|---|---|---|
| Principal | $0.00 | $0.00 |
| Interest | $0.00 | $0.00 |
| Escrow (for Taxes & Insurance) | $0.00 | $0.00 |
| Suspense (Unapplied Funds) | $0.00 | $0.00 |
| Fees | $0.00 | $0.00 |
| **Total** | **$0.00** | **$0.00** |

## Delinquency Notice

**You are late on your monthly payments.** Failure to bring the account current may result in additional fees or expenses, and in certain instances, you may risk  foreclosure - the loss of your home. The amount needed to cure the delinquency is $20,757.97. If you are unable to pay this amount, please call your account manager to explore your options.
As of July 10, 2018, you are 343 days delinquent on your mortgage loan.

- Payment Due: 02/01/2018 Unpaid balance of $1,834.22
- Payment Due: 03/01/2018 Unpaid balance of $1,834.22
- Payment Due: 04/01/2018 Unpaid balance of $1,834.22
- Payment Due: 05/01/2018 Unpaid balance of $1,834.22
- Payment Due: 06/01/2018 Unpaid balance of $1,834.22
- Payment Due: 07/01/2018 Unpaid balance of $1,834.22

Total: **$20,757.97 - You must pay this amount to bring your loan current.**

**We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.**

If you are experiencing financial difficulty, see back for information about home ownership counseling.

The total amount due includes fees and other charges in the amount of $249.47.

If a foreclosure sale date has been scheduled, you must reinstate your loan or make other payment arrangement prior to the foreclosure sale date to avoid foreclosure. Please call us at 1-800-495-7166 to obtain the necessary amount to reinstate your loan.

---

DETACH AND RETURN BOTTOM PORTION WITH YOUR PAYMENT

# FAY SERVICING

DOLORES CEPEDA

| Account Number | Due Date | Regular Payment | Past Due | Other Amounts | Total Due |
|---|---|---|---|---|---|
| 181065 | 08/01/2018 | $1,834.22 | $22,074.48 | $249.47 | $20,757.97 |



PO Box 88009
Chicago, IL 60680-1009

| Amount Due | |
|---|---|
| **Due By 08/01/2018:** | **$20,757.97** |
| *If payment is received after 08/16/2018, $74.41 late fee will be charged.* | |
| Additional Principal | $ |
| Additional Escrow | $ |
| **Total Amount Enclosed** | **$** |

0000181065402075977022074488 2

Internet Reprint

## Important Information To Help Us Serve You Better

| **Payments by Phone** | **Payments Online** |
|---|---|
| (800) 495-7166 | www.fayservicing.com |

| **Payments via Overnight or Express Mail** | **Correspondence** |
|---|---|
| Fay Servicing | Fay Servicing |
| Attn: Payment Processing | P.O. Box 809441 |
| 3000 Kellway Drive, Ste. 150 | Chicago, IL 60680-9441 |
| Carrollton, TX 75006 | |
| Payments cannot be made in person at this location | |

*Remember to include your name and account number on all payment remittances and written correspondence.*

### Payments by Phone

Fay Servicing's Pay-by-phone option makes it possible to make your loan payment by using your touchtone telephone. This service is available to you 24 hours a day, 7 days a week.  Simply call the toll-free number 1-800-495-7166 to perform real-time, confidential mortgage payment transactions.  And you can call as often as you like, there's no charge for the call or transaction.

### Payments Online

Fay Servicing Online Mortgage Payment, free with your online account, can save you time and money with the click of a mouse. Pay your mortgage online and skip paper checks and stamps. Set up your payment in minutes. (Return each month to make your payments, or set up automated recurring payments for convenience.)

### MoneyGram Express Payment

MoneyGram ExpressPayment ensures same-day delivery of your payment to Fay Servicing. Visit your local MoneyGram Agent. Call 1-800-926-9400 to locate the one nearest you. Complete the ExpressPayment form, providing your name and Fay Servicing loan number. The Fay Servicing Receive Code is 15055. All ExpressPayment transactions require cash. The agent will charge a fee for this service. Fay Servicing does not charge a fee for this service.

### Activity Since Your Last Statement (06/12/2018 - 07/10/2018)

| Date | Description | Charges | Payments |
|---|---|---|---|
| 01/02/18 | Waive Wire Fee | -$65.64 | |
| 06/19/18 | FORECL/BNKR EXPENSES | $225.00 | |
| 06/19/18 | FORECL/BNKR EXPENSES | $25.00 | |
| 06/19/18 | ATTORNEY ADVANCES | $517.50 | |
| 06/28/18 | TOWNSHIP TAX PAID | | -$748.71 |
| 07/05/18 | PROPERTY PRESERVATIO | $12.50 | |

HUD-approved housing counselors are available at http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm or by calling 1-800-569-4287.

**Complaints: As of July 1, 2017, Fay Servicing, LLC will no longer accept Requests for Information or Notices of Error by email. All Requests for Information and Notices of Error must be submitted to:**

**Fay Servicing, LLC**
**901 S. 2nd Street, Suite 201**
**Springfield, IL 62704**

**Fay Servicing is a debt collector, and information you provide to us will be used for that purpose. To the extent your original obligation was discharged, or is subject to an automatic stay under the United States Bankruptcy Code, this is being provided for informational purposes only and does not constitute an attempt to collect a debt or impose personal liability. Our office hours are Monday-Thursday 8 a.m. - 9 p.m. Friday 8:30 a.m. - 5 p.m., and Saturday 10 a.m. - 4 p.m. CST. Call today: 1-800-495-7166. NMLS ID#88244. NC residents: Fay Servicing, LLC, NC Permit Number 112302, 440 S. LaSalle St., Suite 2000, Chicago, IL 60605-6011.**

Representation Of Printed Document



**FAY SERVICING**

P.O. Box 619063
Dallas, TX 75261-9063

**Mortgage Statement**

Statement Date 08/11/2018

0-775-08284-0043040-009-000-100-000-000

DOLORES CEPEDA
177 DEXTER ST FL 1
PROVIDENCE RI  02907-2404

If you have questions or concerns about your statement, please contact us at 1-800-495-7166 between the hours of 8 a.m. - 9 p.m. CT Monday through Thursday, 8:30 a.m. - 5 p.m. CT  Friday, and 10 a.m. - 4 p.m. CT Saturday.

**www.fayservicing.com**

| Account Number | 181065 |
|---|---|
| **Payment Due Date** | **09/01/2018** |

The balance of your loan has been accelerated, but we will accept a lesser amount to reinstate the loan.

**Amount Due to Reinstate Loan as of**                    08/11/2018

# Amount Due                    $21,680.47

*If payment is received after 09/16/2018, a late fee $74.41 will be charged to the extent permitted by loan the documents and applicable State law.*

Please note, after 08/11/2018, this amount may not be sufficient to bring your loan current as additional fees, charges or attorney fees/costs may have been incurred but not yet invoiced or processed as of 08/11/2018, or may have been incurred after 08/11/2018. Please contact us at 1-800-495-7166 to obtain the current amount due.

Property Address:

177 DEXTER ST
PROVIDENCE RI 02907

## Account Information

| | |
|---|---|
| Outstanding Principal | $253,383.35 |
| Current Interest Rate | 5.75000% |
| Escrow Balance | ($3,205.56) |

## Explanation of Amount Due

The balance of your loan has been accelerated. As of  08/11/2018, the Accelerated Amount Due is $270,566.78. This amount will pay off the entire balance of your loan.

We will accept a lesser amount to reinstate the loan. As of 08/11/2018, the  Amount Due to Reinstate Loan is **$21,680.47**.

| | |
|---|---|
| Overdue Payments | $23,908.70 |
| Total Fees Charged | $249.47 |
| Attorney Fees Due | $922.50 |
| Unapplied Funds | -$3,400.20 |
| **Total Amount Due** | **$21,680.47** |
| Reinstate Loan as of | 08/11/2018 |

Partial Payments are not applied to your mortgage, but instead are held in a separate unapplied account. If you pay the balance of a partial payment, the unapplied funds will then be added to your mortgage. Adverse credit reporting, late charges and property inspections may occur as a result of the delinquency.

## Past Payments Breakdown

| | Since Last Statement | Paid Year to Date |
|---|---|---|
| Principal | $0.00 | $0.00 |
| Interest | $0.00 | $0.00 |
| Escrow (for Taxes & Insurance) | $0.00 | $0.00 |
| Suspense (Unapplied Funds) | $0.00 | $0.00 |
| Fees | $0.00 | $0.00 |
| **Total** | **$0.00** | **$0.00** |

## Delinquency Notice

You are late on your monthly payments. As a result, the balance of your loan has been accelerated (i.e., we have made the first notice or filing required by applicable law for any judicial or non-judicial foreclosure process). Failure to bring the account current may result in additional fees or expenses, and in certain instances, you may risk the loss of your home to a foreclosure sale.
As of August 11, 2018, you are 375 days delinquent on your mortgage loan.

- Payment Due: 03/01/2018 Unpaid balance of $1,834.22
- Payment Due: 04/01/2018 Unpaid balance of $1,834.22
- Payment Due: 05/01/2018 Unpaid balance of $1,834.22
- Payment Due: 06/01/2018 Unpaid balance of $1,834.22
- Payment Due: 07/01/2018 Unpaid balance of $1,834.22
- Payment Due: 08/01/2018 Unpaid balance of $1,834.22

Total: **$21,680.47 - You must pay this amount to bring your loan current.**

If you are unable to pay this amount, please call your account manager to explore your options.

**We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.**

If you are experiencing financial difficulty, see back for information about home ownership counseling.

The total amount due includes fees and other charges in the amount of $249.47.
Please call us at 1-800-495-7166 to obtain the amount necessary to reinstate your loan.

DETACH AND RETURN BOTTOM PORTION WITH YOUR PAYMENT



DOLORES CEPEDA

| Account Number | Due Date | Amount Due to Reinstate Loan as of 08/11/2018 | Accelerated Amount Due as of 08/11/2018 |
|---|---|---|---|
| 181065 | 09/01/2018 | $21,680.47 | $270,566.78 |

| Amount Due to Reinstate Loan | |
|---|---|
| **Payment Due Date** | **09/01/2018** |
| *Amount Due to Reinstate Loan as of  08/11/2018* | **$21,680.47** |
| Additional Principal | $ |
| Additional Escrow | $ |
| **Total Amount Enclosed** | **$** |



PO Box 88009
Chicago, IL 60680-1009

0000181065402259219002390870 07

Internet Reprint

## Important Information To Help Us Serve You Better

| **Payments by Phone** | **Payments Online** |
|---|---|
| (800) 495-7166 | www.fayservicing.com |

| **Payments via Overnight or Express Mail** | **Correspondence** |
|---|---|
| Fay Servicing | Fay Servicing |
| Attn: Payment Processing | P.O. Box 809441 |
| 3000 Kellway Drive, Ste. 150 | Chicago, IL 60680-9441 |
| Carrollton, TX 75006 | |
| Payments cannot be made in person at this location | |

*Remember to include your name and account number on all payment remittances and written correspondence.*

### Payments by Phone

Fay Servicing's Pay-by-phone option makes it possible to make your loan payment by using your touchtone telephone. This service is available to you 24 hours a day, 7 days a week. Simply call the toll-free number 1-800-495-7166 to perform real-time, confidential mortgage payment transactions. And you can call as often as you like, there's no charge for the call or transaction.

### Payments Online

Fay Servicing Online Mortgage Payment, free with your online account, can save you time and money with the click of a mouse. Pay your mortgage online and skip paper checks and stamps. Set up your payment in minutes. (Return each month to make your payments, or set up automated recurring payments for convenience.)

### MoneyGram Express Payment

MoneyGram ExpressPayment ensures same-day delivery of your payment to Fay Servicing. Visit your local MoneyGram Agent. Call 1-800-926-9400 to locate the one nearest you. Complete the ExpressPayment form, providing your name and Fay Servicing loan number. The Fay Servicing Receive Code is 15055. All ExpressPayment transactions require cash. The agent will charge a fee for this service. Fay Servicing does not charge a fee for this service.

### Activity Since Your Last Statement (07/11/2018 - 08/11/2018)

| |
|---|
| There were not any  transactions for the statement period. |

**HUD-approved housing counselors are available at http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm or by calling 1-800-569-4287.**

**Complaints: As of July 1, 2017, Fay Servicing, LLC will no longer accept Requests for Information or Notices of Error by email. All Requests for Information and Notices of Error must be submitted to:**

**Fay Servicing, LLC
901 S. 2nd Street, Suite 201
Springfield, IL 62704**

**Fay Servicing is a debt collector, and information you provide to us will be used for that purpose. To the extent your original obligation was discharged, or is subject to an automatic stay under the United States Bankruptcy Code, this is being provided for informational purposes only and does not constitute an attempt to collect a debt or impose personal liability. Our office hours are Monday-Thursday 8 a.m. - 9 p.m. Friday 8:30 a.m. - 5 p.m., and Saturday 10 a.m. - 4 p.m. CST. Call today: 1-800-495-7166. NMLS ID#88244. NC residents: Fay Servicing, LLC, NC Permit Number 112302, 440 S. LaSalle St., Suite 2000, Chicago, IL 60605-6011.**

Representation Of Printed Document



**FAY SERVICING**

P.O. Box 619063
Dallas, TX 75261-9063

# Mortgage Statement

Statement Date 09/14/2018

If you have questions or concerns about your statement, please contact us at 1-800-495-7166 between the hours of 8 a.m. - 9 p.m. CT Monday through Thursday, 8:30 a.m. - 5 p.m. CT  Friday, and 10 a.m. - 4 p.m. CT Saturday.

**www.fayservicing.com**

5-775-08468-0003762-001-000-100-000-000

DOLORES CEPEDA
177 DEXTER ST FL 1
PROVIDENCE RI  02907-2404

| Account Number | 181065 |
|---|---|
| **Payment Due Date** | **10/01/2018** |

The balance of your loan has been accelerated, but we will accept a lesser amount to reinstate the loan.

**Amount Due to Reinstate Loan as of**                                            09/14/2018

## Amount Due                          $23,954.14

*If payment is received after 10/16/2018, a late fee $74.41 will be charged to the extent permitted by loan the documents and applicable State law.*

Please note, after 09/14/2018, this amount may not be sufficient to bring your loan current as additional fees, charges or attorney fees/costs may have been incurred but not yet invoiced or processed as of 09/14/2018, or may have been incurred after 09/14/2018. Please contact us at 1-800-495-7166 to obtain the current amount due.

Property Address:

177 DEXTER ST
PROVIDENCE RI 02907

## Account Information

| | |
|---|---|
| Outstanding Principal | $253,383.35 |
| Current Interest Rate | 5.75000% |
| Escrow Balance | ($3,205.56) |

## Explanation of Amount Due

The balance of your loan has been accelerated. As of  09/14/2018, the Accelerated Amount Due is $272,363.39. This amount will pay off the entire balance of your loan.

We will accept a lesser amount to reinstate the loan. As of 09/14/2018, the  Amount Due to Reinstate Loan is **$23,954.14**.

| | |
|---|---|
| Overdue Payments | $25,742.92 |
| Total Fees Charged | $249.47 |
| Attorney Fees Due | $1,361.95 |
| Unapplied Funds | -$3,400.20 |
| **Total Amount Due** | **$23,954.14** |
| Reinstate Loan as of | 09/14/2018 |

## Past Payments Breakdown

| | Since Last Statement | Paid Year to Date |
|---|---|---|
| Principal | $0.00 | $0.00 |
| Interest | $0.00 | $0.00 |
| Escrow (for Taxes & Insurance) | $0.00 | $0.00 |
| Suspense (Unapplied Funds) | $0.00 | $0.00 |
| Fees | $0.00 | $0.00 |
| **Total** | **$0.00** | **$0.00** |

Partial Payments are not applied to your mortgage, but instead are held in a separate unapplied account. If you pay the balance of a partial payment, the unapplied funds will then be added to your mortgage. Adverse credit reporting, late charges and property inspections may occur as a result of the delinquency.

## Delinquency Notice

You are late on your monthly payments. As a result, the balance of your loan has been accelerated (i.e., we have made the first notice or filing required by applicable law for any judicial or non-judicial foreclosure process). Failure to bring the account current may result in additional fees or expenses, and in certain instances, you may risk the loss of your home to a foreclosure sale.
As of September 14, 2018, you are 409 days delinquent on your mortgage loan.

- Payment Due: 04/01/2018 Unpaid balance of $1,834.22
- Payment Due: 05/01/2018 Unpaid balance of $1,834.22
- Payment Due: 06/01/2018 Unpaid balance of $1,834.22
- Payment Due: 07/01/2018 Unpaid balance of $1,834.22
- Payment Due: 08/01/2018 Unpaid balance of $1,834.22
- Payment Due: 09/01/2018 Unpaid balance of $1,834.22

Total: **$23,954.14 - You must pay this amount to bring your loan current.**

If you are unable to pay this amount, please call your account manager to explore your options.

**We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.**

If you are experiencing financial difficulty, see back for information about home ownership counseling.

The total amount due includes fees and other charges in the amount of $249.47.
Please call us at 1-800-495-7166 to obtain the amount necessary to reinstate your loan.

DETACH AND RETURN BOTTOM PORTION WITH YOUR PAYMENT



DOLORES CEPEDA

| Account Number | Due Date | Amount Due to Reinstate Loan as of 09/14/2018 | Accelerated Amount Due as of 09/14/2018 |
|---|---|---|---|
| 181065 | 10/01/2018 | $23,954.14 | $272,363.39 |

| Amount Due to Reinstate Loan | |
|---|---|
| **Payment Due Date** | **10/01/2018** |
| *Amount Due to Reinstate Loan as of  09/14/2018* | **$23,954.14** |
| Additional Principal | $ |
| Additional Escrow | $ |
| **Total Amount Enclosed** | $ |



PO Box 88009
Chicago, IL 60680-1009

000018106540244264130257429251

Internet Reprint

## Important Information To Help Us Serve You Better

| Payments by Phone | Payments Online |
|---|---|
| (800) 495-7166 | www.fayservicing.com |

| **Payments via Overnight or Express Mail** | **Correspondence** |
|---|---|
| Fay Servicing<br>Attn: Payment Processing<br>3000 Kellway Drive, Ste. 150<br>Carrollton, TX 75006<br>Payments cannot be made in person at this location | Fay Servicing<br>P.O. Box 809441<br>Chicago, IL 60680-9441 |

*Remember to include your name and account number on all payment remittances and written correspondence.*

### Payments by Phone

Fay Servicing's Pay-by-phone option makes it possible to make your loan payment by using your touchtone telephone. This service is available to you 24 hours a day, 7 days a week. Simply call the toll-free number 1-800-495-7166 to perform real-time, confidential mortgage payment transactions. And you can call as often as you like, there's no charge for the call or transaction.

### Payments Online

Fay Servicing Online Mortgage Payment, free with your online account, can save you time and money with the click of a mouse. Pay your mortgage online and skip paper checks and stamps. Set up your payment in minutes. (Return each month to make your payments, or set up automated recurring payments for convenience.)

### MoneyGram Express Payment

MoneyGram ExpressPayment ensures same-day delivery of your payment to Fay Servicing. Visit your local MoneyGram Agent. Call 1-800-926-9400 to locate the one nearest you. Complete the ExpressPayment form, providing your name and Fay Servicing loan number. The Fay Servicing Receive Code is 15055. All ExpressPayment transactions require cash. The agent will charge a fee for this service. Fay Servicing does not charge a fee for this service.

### Activity Since Your Last Statement (08/14/2018 - 09/14/2018)

| Date | Description | Charges | Payments |
|---|---|---|---|
| 08/14/18 | PROPERTY PRESERVATIO | $12.50 | |
| 08/15/18 | FORECL/BNKR EXPENSES | $53.95 | |
| 08/15/18 | FORECL/BNKR EXPENSES | $25.00 | |
| 08/15/18 | FORECL/BNKR EXPENSES | $300.00 | |
| 08/15/18 | FORECL/BNKR EXPENSES | $48.00 | |

**HUD-approved housing counselors are available at http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm or by calling 1-800-569-4287.**

**Complaints: As of July 1, 2017, Fay Servicing, LLC will no longer accept Requests for Information or Notices of Error by email. All Requests for Information and Notices of Error must be submitted to:**

**Fay Servicing, LLC**
**901 S. 2nd Street, Suite 201**
**Springfield, IL 62704**

**Fay Servicing is a debt collector, and information you provide to us will be used for that purpose. To the extent your original obligation was discharged, or is subject to an automatic stay under the United States Bankruptcy Code, this is being provided for informational purposes only and does not constitute an attempt to collect a debt or impose personal liability. Our office hours are Monday-Thursday 8 a.m. - 9 p.m. Friday 8:30 a.m. - 5 p.m., and Saturday 10 a.m. - 4 p.m. CST. Call today: 1-800-495-7166. NMLS ID#88244. NC residents: Fay Servicing, LLC, NC Permit Number 112302, 440 S. LaSalle St., Suite 2000, Chicago, IL 60605-6011.**

Representation Of Printed Document

# FAY SERVICING

P.O. Box 619063
Dallas, TX 75261-9063

**Mortgage Statement**

Statement Date 10/10/2018

If you have questions or concerns about your statement, please contact us at 1-800-495-7166 between the hours of 8 a.m. - 9 p.m. CT Monday through Thursday, 8:30 a.m. - 5 p.m. CT  Friday, and 10 a.m. - 4 p.m. CT Saturday.

**www.fayservicing.com**

4-775-08605-0041371-009-000-100-000-000

DOLORES CEPEDA
177 DEXTER ST FL 1
PROVIDENCE RI  02907-2404

| | |
|---|---|
| **Account Number** | **181065** |
| **Payment Due Date** | **11/01/2018** |

The balance of your loan has been accelerated, but we will accept a lesser amount to reinstate the loan.

**Amount Due to Reinstate Loan as of**                                      10/10/2018

## Amount Due                                    $25,800.86

*If payment is received after 11/16/2018, a late fee $74.41 will be charged to the extent permitted by loan the documents and applicable State law.*

Please note, after 10/10/2018, this amount may not be sufficient to bring your loan current as additional fees, charges or attorney fees/costs may have been incurred but not yet invoiced or processed as of 10/10/2018, or may have been incurred after 10/10/2018. Please contact us at 1-800-7166 to obtain the current amount due.

Property Address:

177 DEXTER ST
PROVIDENCE RI 02907

## Account Information

| | |
|---|---|
| Outstanding Principal | $253,383.35 |
| Current Interest Rate | 5.75000% |
| Escrow Balance | ($3,954.27) |

## Explanation of Amount Due

The balance of your loan has been accelerated. As of  10/10/2018, the Accelerated Amount Due is $274,162.43. This amount will pay off the entire balance of your loan.

We will accept a lesser amount to reinstate the loan. As of 10/10/2018, the  Amount Due to Reinstate Loan is **$25,800.86**.

| | |
|---|---|
| Overdue Payments | $27,577.14 |
| Total Fees Charged | $249.47 |
| Attorney Fees Due | $1,374.45 |
| Unapplied Funds | -$3,400.20 |
| **Total Amount Due** | **$25,800.86** |
| Reinstate Loan as of | 10/10/2018 |

Partial Payments are not applied to your mortgage, but instead are held in a separate unapplied account. If you pay the balance of a partial payment, the unapplied funds will then be added to your mortgage. Adverse credit reporting, late charges and property inspections may occur as a result of the delinquency.

## Past Payments Breakdown

| | Since Last Statement | Paid Year to Date |
|---|---|---|
| Principal | $0.00 | $0.00 |
| Interest | $0.00 | $0.00 |
| Escrow (for Taxes & Insurance) | $0.00 | $0.00 |
| Suspense (Unapplied Funds) | $0.00 | $0.00 |
| Fees | $0.00 | $0.00 |
| **Total** | **$0.00** | **$0.00** |

## Delinquency Notice

You are late on your monthly payments. As a result, the balance of your loan has been accelerated (i.e., we have made the first notice or filing required by applicable law for any judicial or non-judicial foreclosure process). Failure to bring the account current may result in additional fees or expenses, and in certain instances, you may risk the loss of your home to a foreclosure sale.
As of October 10, 2018, you are 435 days delinquent on your mortgage loan.

- Payment Due: 05/01/2018 Unpaid balance of $1,834.22
- Payment Due: 06/01/2018 Unpaid balance of $1,834.22
- Payment Due: 07/01/2018 Unpaid balance of $1,834.22
- Payment Due: 08/01/2018 Unpaid balance of $1,834.22
- Payment Due: 09/01/2018 Unpaid balance of $1,834.22
- Payment Due: 10/01/2018 Unpaid balance of $1,834.22

Total: **$25,800.86 - You must pay this amount to bring your loan current.**

If you are unable to pay this amount, please call your account manager to explore your options.

**We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.**

If you are experiencing financial difficulty, see back for information about home ownership counseling.

The total amount due includes fees and other charges in the amount of $249.47.
Please call us at 1-800-495-7166 to obtain the amount necessary to reinstate your loan.

DETACH AND RETURN BOTTOM PORTION WITH YOUR PAYMENT



DOLORES CEPEDA

| **Account Number** | **Due Date** | **Amount Due to Reinstate Loan as of** 10/10/2018 | **Accelerated Amount Due as of** 10/10/2018 |
|---|---|---|---|
| 181065 | 11/01/2018 | $25,800.86 | $274,162.43 |

| **Amount Due to Reinstate Loan** | |
|---|---|
| **Payment Due Date** | **11/01/2018** |
| *Amount Due to Reinstate Loan as of* 10/10/2018 | **$25,800.86** |
| Additional Principal | $ |
| Additional Escrow | $ |
| **Total Amount Enclosed** | **$** |



PO Box 88009
Chicago, IL 60680-1009

000018106540262606380275771477

Internet Reprint

## Important Information To Help Us Serve You Better

| **Payments by Phone** | **Payments Online** |
|---|---|
| (800) 495-7166 | www.fayservicing.com |

| **Payments via Overnight or Express Mail** | **Correspondence** |
|---|---|
| Fay Servicing | Fay Servicing |
| Attn: Payment Processing | P.O. Box 809441 |
| 3000 Kellway Drive, Ste. 150 | Chicago, IL 60680-9441 |
| Carrollton, TX 75006 | |
| Payments cannot be made in person at this location | |

*Remember to include your name and account number on all payment remittances and written correspondence.*

### Payments by Phone

Fay Servicing's Pay-by-phone option makes it possible to make your loan payment by using your touchtone telephone. This service is available to you 24 hours a day, 7 days a week. Simply call the toll-free number 1-800-495-7166 to perform real-time, confidential mortgage payment transactions. And you can call as often as you like, there's no charge for the call or transaction.

### Payments Online

Fay Servicing Online Mortgage Payment, free with your online account, can save you time and money with the click of a mouse. Pay your mortgage online and skip paper checks and stamps. Set up your payment in minutes. (Return each month to make your payments, or set up automated recurring payments for convenience.)

### MoneyGram Express Payment

MoneyGram ExpressPayment ensures same-day delivery of your payment to Fay Servicing. Visit your local MoneyGram Agent. Call 1-800-926-9400 to locate the one nearest you. Complete the ExpressPayment form, providing your name and Fay Servicing loan number. The Fay Servicing Receive Code is 15055. All ExpressPayment transactions require cash. The agent will charge a fee for this service. Fay Servicing does not charge a fee for this service.

### Activity Since Your Last Statement (09/15/2018 - 10/10/2018)

| Date | Description | Charges | Payments |
|---|---|---|---|
| 09/18/18 | PROPERTY PRESERVATIO | $12.50 | |
| 10/01/18 | TOWNSHIP TAX PAID | | -$748.71 |

HUD-approved housing counselors are available at http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm or by calling 1-800-569-4287.

Complaints: As of July 1, 2017, Fay Servicing, LLC will no longer accept Requests for Information or Notices of Error by email. All Requests for Information and Notices of Error must be submitted to:

**Fay Servicing, LLC**
**901 S. 2nd Street, Suite 201**
**Springfield, IL 62704**

**Fay Servicing is a debt collector, and information you provide to us will be used for that purpose. To the extent your original obligation was discharged, or is subject to an automatic stay under the United States Bankruptcy Code, this is being provided for informational purposes only and does not constitute an attempt to collect a debt or impose personal liability. Our office hours are Monday-Thursday 8 a.m. - 9 p.m. Friday 8:30 a.m. - 5 p.m., and Saturday 10 a.m. - 4 p.m. CST. Call today: 1-800-495-7166. NMLS ID#88244. NC residents: Fay Servicing, LLC, NC Permit Number 112302, 440 S. LaSalle St., Suite 2000, Chicago, IL 60605-6011.**

Representation Of Printed Document

# FAY SERVICING

**Mortgage Statement**

Statement Date 11/10/2018

P.O. Box 619063
Dallas, TX 75261-9063

If you have questions or concerns about your statement, please contact us at 1-800-495-7166 between the hours of 8 a.m. - 9 p.m. CT Monday through Thursday, 8:30 a.m. - 5 p.m. CT  Friday, and 10 a.m. - 4 p.m. CT Saturday.

**www.fayservicing.com**

3-775-08807-0040812-009-000-100-000-000

DOLORES CEPEDA
177 DEXTER ST FL 1
PROVIDENCE RI  02907-2404

| Account Number | 181065 |
|---|---|
| **Payment Due Date** | **12/01/2018** |

The balance of your loan has been accelerated, but we will accept a lesser amount to reinstate the loan.

**Amount Due to Reinstate Loan as of**                     11/10/2018

## Amount Due                     $27,714.36

*If payment is received after 12/16/2018, a late fee $74.41 will be charged to the extent permitted by loan the documents and applicable State law.*

Please note, after 11/10/2018, this amount may not be sufficient to bring your loan current as additional fees, charges or attorney fees/costs may have been incurred but not yet invoiced or processed as of 11/10/2018, or may have been incurred after 11/10/2018. Please contact us at 1-800-495-7166 to obtain the current amount due.

Property Address:

177 DEXTER ST
PROVIDENCE RI 02907

## Account Information

| | |
|---|---|
| Outstanding Principal | $253,383.35 |
| Current Interest Rate | 5.75000% |
| Escrow Balance | ($3,954.27) |

## Explanation of Amount Due

The balance of your loan has been accelerated. As of  11/10/2018, the Accelerated Amount Due is $275,412.34. This amount will pay off the entire balance of your loan.

We will accept a lesser amount to reinstate the loan. As of 11/10/2018, the  Amount Due to Reinstate Loan is **$27,714.36**.

| | |
|---|---|
| Overdue Payments | $29,411.36 |
| Total Fees Charged | $249.47 |
| Attorney Fees Due | $1,453.73 |
| Unapplied Funds | -$3,400.20 |
| **Total Amount Due** | **$27,714.36** |
| Reinstate Loan as of | 11/10/2018 |

Partial Payments are not applied to your mortgage, but instead are held in a separate unapplied account. If you pay the balance of a partial payment, the unapplied funds will then be added to your mortgage. Adverse credit reporting, late charges and property inspections may occur as a result of the delinquency.

## Past Payments Breakdown

| | Since Last Statement | Paid Year to Date |
|---|---|---|
| Principal | $0.00 | $0.00 |
| Interest | $0.00 | $0.00 |
| Escrow (for Taxes & Insurance) | $0.00 | $0.00 |
| Suspense (Unapplied Funds) | $0.00 | $0.00 |
| Fees | $0.00 | $0.00 |
| **Total** | **$0.00** | **$0.00** |

## Delinquency Notice

You are late on your monthly payments. As a result, the balance of your loan has been accelerated (i.e., we have made the first notice or filing required by applicable law for any judicial or non-judicial foreclosure process). Failure to bring the account current may result in additional fees or expenses, and in certain instances, you may risk the loss of your home to a foreclosure sale.
As of November 10, 2018, you are 466 days delinquent on your mortgage loan.

- Payment Due: 06/01/2018 Unpaid balance of $1,834.22
- Payment Due: 07/01/2018 Unpaid balance of $1,834.22
- Payment Due: 08/01/2018 Unpaid balance of $1,834.22
- Payment Due: 09/01/2018 Unpaid balance of $1,834.22
- Payment Due: 10/01/2018 Unpaid balance of $1,834.22
- Payment Due: 11/01/2018 Unpaid balance of $1,834.22

Total: **$27,714.36 - You must pay this amount to bring your loan current.**

If you are unable to pay this amount, please call your account manager to explore your options.

**We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.**

If you are experiencing financial difficulty, see back for information about home ownership counseling.

The total amount due includes fees and other charges in the amount of $249.47.
Please call us at 1-800-495-7166 to obtain the amount necessary to reinstate your loan.

---

DETACH AND RETURN BOTTOM PORTION WITH YOUR PAYMENT



DOLORES CEPEDA

| Account Number | Due Date | Amount Due to Reinstate Loan as of 11/10/2018 | Accelerated Amount Due as of 11/10/2018 |
|---|---|---|---|
| 181065 | 12/01/2018 | $27,714.36 | $275,412.34 |

| Amount Due to Reinstate Loan | |
|---|---|
| **Payment Due Date** | **12/01/2018** |
| *Amount Due to Reinstate Loan as of  11/10/2018* | **$27,714.36** |
| Additional Principal | $ |
| Additional Escrow | $ |
| **Total Amount Enclosed** | **$** |



PO Box 88009
Chicago, IL 60680-1009

0000181065402810109502941136O9

Internet Reprint

**Important Information To Help Us Serve You Better**

| **Payments by Phone** | **Payments Online** |
|---|---|
| (800) 495-7166 | www.fayservicing.com |

| **Payments via Overnight or Express Mail** | **Correspondence** |
|---|---|
| Fay Servicing | Fay Servicing |
| Attn: Payment Processing | P.O. Box 809441 |
| 3000 Kellway Drive, Ste. 150 | Chicago, IL 60680-9441 |
| Carrollton, TX 75006 | |
| Payments cannot be made in person at this location | |

*Remember to include your name and account number on all payment remittances and written correspondence.*

## Payments by Phone

Fay Servicing's Pay-by-phone option makes it possible to make your loan payment by using your touchtone telephone. This service is available to you 24 hours a day, 7 days a week. Simply call the toll-free number 1-800-495-7166 to perform real-time, confidential mortgage payment transactions. And you can call as often as you like, there's no charge for the call or transaction.

## Payments Online

Fay Servicing Online Mortgage Payment, free with your online account, can save you time and money with the click of a mouse. Pay your mortgage online and skip paper checks and stamps. Set up your payment in minutes. (Return each month to make your payments, or set up automated recurring payments for convenience.)

## MoneyGram Express Payment

MoneyGram ExpressPayment ensures same-day delivery of your payment to Fay Servicing. Visit your local MoneyGram Agent. Call 1-800-926-9400 to locate the one nearest you. Complete the ExpressPayment form, providing your name and Fay Servicing loan number. The Fay Servicing Receive Code is 15055. All ExpressPayment transactions require cash. The agent will charge a fee for this service. Fay Servicing does not charge a fee for this service.

## Activity Since Your Last Statement (10/11/2018 - 11/10/2018)

| Date | Description | Charges | Payments |
|---|---|---|---|
| 10/29/18 | PROPERTY PRESERVATIO | $12.50 | |
| 11/10/18 | FORECL/BNKR EXPENSES | $55.00 | |
| 11/10/18 | FORECL/BNKR EXPENSES | $11.78 | |

HUD-approved housing counselors are available at http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm or by calling 1-800-569-4287.

**Complaints: As of July 1, 2017, Fay Servicing, LLC will no longer accept Requests for Information or Notices of Error by email. All Requests for Information and Notices of Error must be submitted to:**

**Fay Servicing, LLC**
**901 S. 2nd Street, Suite 201**
**Springfield, IL 62704**

**Fay Servicing is a debt collector, and information you provide to us will be used for that purpose. To the extent your original obligation was discharged, or is subject to an automatic stay under the United States Bankruptcy Code, this is being provided for informational purposes only and does not constitute an attempt to collect a debt or impose personal liability. Our office hours are Monday-Thursday 8 a.m. - 9 p.m. Friday 8:30 a.m. - 5 p.m., and Saturday 10 a.m. - 4 p.m. CST. Call today: 1-800-495-7166. NMLS ID#88244. NC residents: Fay Servicing, LLC, NC Permit Number 112302, 440 S. LaSalle St., Suite 2000, Chicago, IL 60605-6011.**

Representation Of Printed Document

 **FAY SERVICING**
P.O. Box 619063
Dallas, TX 75261-9063

*Mortgage Statement*

Statement Date 12/10/2018

7-775-08983-0038329-008-000-100-000-000

DOLORES CEPEDA
177 DEXTER ST FL 1
PROVIDENCE RI  02907-2404

If you have questions or concerns about your statement, please contact us at 1-800-495-7166 between the hours of 8 a.m. - 9 p.m. CT Monday through Thursday, 8:30 a.m. - 5 p.m. CT  Friday, and 10 a.m. - 4 p.m. CT Saturday.

**www.fayservicing.com**

| | |
|---|---|
| **Account Number** | **181065** |
| **Payment Due Date** | **01/01/2019** |

The balance of your loan has been accelerated, but we will accept a lesser amount to reinstate the loan.

**Amount Due to Reinstate Loan as of**
12/10/2018

# Amount Due $29,611.46

*If payment is received after 01/16/2019, a late fee $74.41 will be charged to the extent permitted by loan the documents and applicable State law.*

Please note, after 12/10/2018, this amount may be not be sufficient to bring your loan current as additional fees, charges or attorney fees/costs may have been incurred but not yet invoiced or processed as of 12/10/2018, or may have been incurred after 12/10/2018. Please contact us at 1-800-495-7166 to obtain the current amount due.

Property Address:

177 DEXTER ST
PROVIDENCE RI 02907

## Account Information

| | |
|---|---|
| Outstanding Principal | $253,383.35 |
| Current Interest Rate | 5.75000% |
| Escrow Balance | ($5,161.27) |

We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

## Past Payments Breakdown

| | Since Last Statement | Paid Year to Date |
|---|---|---|
| Principal | $0.00 | $0.00 |
| Interest | $0.00 | $0.00 |
| Escrow (for Taxes & Insurance) | $0.00 | $0.00 |
| Suspense (Unapplied Funds) | $0.00 | $0.00 |
| Fees | $0.00 | $0.00 |
| **Total** | **$0.00** | **$0.00** |

## Explanation of Amount Due

The balance of your loan has been accelerated. As of  12/10/2018, the Accelerated Amount Due is $277,940.25. This amount will pay off the entire balance of your loan.

We will accept a lesser amount to reinstate your loan. As of 12/10/2018, the  Amount Due to Reinstate Loan is **$29,611.46**.

| | |
|---|---|
| Overdue Payments | $31,251.82 |
| Total Fees Charged | $249.47 |
| Attorney Fees Due | $1,510.37 |
| Unapplied Funds | -$3,400.20 |
| **Total Amount Due** | **$29,611.46** |
| Reinstate Loan as of | 12/10/2018 |

Partial Payments are not applied to your mortgage, but instead are held in a separate unapplied account. If you pay the balance of a partial payment, the unapplied funds will then be added to your mortgage. Adverse credit reporting, late charges and property inspections may occur as a result of the delinquency.

## Delinquency Notice

You are late on your monthly payments. As a result, the balance of your loan has been accelerated (i.e., we have made the first notice or filing required by applicable law for any judicial or non-judicial foreclosure process). Failure to bring the account current may result in additional fees or expenses, and in certain instances, you may risk the loss of your home to a foreclosure sale.

As of December 10, 2018, you are 496 days delinquent on your mortgage loan.

- Payment Due: 07/01/2018 Unpaid balance of $1,834.22
- Payment Due: 08/01/2018 Unpaid balance of $1,834.22
- Payment Due: 09/01/2018 Unpaid balance of $1,834.22
- Payment Due: 10/01/2018 Unpaid balance of $1,834.22
- Payment Due: 11/01/2018 Unpaid balance of $1,834.22
- Payment Due: 12/01/2018 Unpaid balance of $1,840.46

Total: **$29,611.46 - You must pay this amount to bring your loan current.**

If you are unable to pay this amount, please call your account manager to explore your options.

**We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.**

If you are experiencing financial difficulty, see back for information about home ownership counseling.

The total amount due includes fees and other charges in the amount of $249.47.
Please call us at 1-800-495-7166 to obtain the amount necessary to reinstate your loan.

DETACH AND RETURN BOTTOM PORTION WITH YOUR PAYMENT

 **FAY SERVICING**

DOLORES CEPEDA

 **FAY SERVICING**
PO Box 88009
Chicago, IL 60680-1009

|.|..||..|.|..||.||.|..|||.|||..|||..|||.|.||.||..||.||.|

| Account Number | Due Date | Amount Due to Reinstate Loan as of 12/10/2018 | Accelerated Amount Due as of 12/10/2018 |
|---|---|---|---|
| 181065 | 01/01/2019 | $29,611.46 | $277,940.25 |

| **Amount Due to Reinstate Loan** | |
|---|---|
| **Payment Due Date** | **01/01/2019** |
| *Amount Due to Reinstate Loan as of*  12/10/2018 | **$29,611.46** |
| Additional Principal | $ |
| Additional Escrow | $ |
| **Total Amount Enclosed** | $ |

0000181065402994155603125158202

Internet Reprint

## Important Information To Help Us Serve You Better

| **Payments by Phone** | **Payments Online** |
| --- | --- |
| (800) 495-7166 | www.fayservicing.com |

| **Payments via Overnight or Express Mail** | **Correspondence** |
| --- | --- |
| Fay Servicing | Fay Servicing |
| Attn: Payment Processing | P.O. Box 809441 |
| 3000 Kellway Drive, Ste. 150 | Chicago, IL 60680-9441 |
| Carrollton, TX 75006 | |
| Payments cannot be made in person at this location | |

*Remember to include your name and account number on all payment remittances and written correspondence.*

### Payments by Phone

Fay Servicing's Pay-by-phone option makes it possible to make your loan payment by using your touchtone telephone. This service is available to you 24 hours a day, 7 days a week. Simply call the toll-free number 1-800-495-7166 to perform real-time, confidential mortgage payment transactions. And you can call as often as you like, there's no charge for the call or transaction.

### Payments Online

Fay Servicing Online Mortgage Payment, free with your online account, can save you time and money with the click of a mouse. Pay your mortgage online and skip paper checks and stamps. Set up your payment in minutes. (Return each month to make your payments, or set up automated recurring payments for convenience.)

### MoneyGram Express Payment

MoneyGram ExpressPayment ensures same-day delivery of your payment to Fay Servicing. Visit your local MoneyGram Agent. Call 1-800-926-9400 to locate the one nearest you. Complete the ExpressPayment form, providing your name and Fay Servicing loan number. The Fay Servicing Receive Code is 15055. All ExpressPayment transactions require cash. The agent will charge a fee for this service. Fay Servicing does not charge a fee for this service.

### Activity Since Your Last Statement (11/11/2018 - 12/10/2018)

| Date | Description | Charges | Payments |
| --- | --- | --- | --- |
| 11/30/18 | PROPERTY PRESERVATIO | $14.25 | |
| 12/04/18 | FORECL/BNKR EXPENSES | $30.39 | |
| 12/04/18 | FORECL/BNKR EXPENSES | $12.00 | |
| 12/05/18 | HAZARD INS PAID | | -$1,207.00 |

**HUD-approved housing counselors are available at http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm or by calling 1-800-569-4287.**

**Complaints: As of July 1, 2017, Fay Servicing, LLC will no longer accept Requests for Information or Notices of Error by email. All Requests for Information and Notices of Error must be submitted to:**

**Fay Servicing, LLC**
**901 S. 2nd Street, Suite 201**
**Springfield, IL 62704**

**Fay Servicing is a debt collector, and information you provide to us will be used for that purpose. To the extent your original obligation was discharged, or is subject to an automatic stay under the United States Bankruptcy Code, this is being provided for informational purposes only and does not constitute an attempt to collect a debt or impose personal liability. Our office hours are Monday-Thursday 8 a.m. - 9 p.m. Friday 8:30 a.m. - 5 p.m., and Saturday 10 a.m. - 4 p.m. CST. Call today: 1-800-495-7166. NMLS ID#88244. NC residents: Fay Servicing, LLC, NC Permit Number 112302, 440 S. LaSalle St., Suite 2000, Chicago, IL 60605-6011.**