UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

DOLORES CEPEDA

    VS                                              C.A.2019-CV-5

BANK OF AMERICA, N.A.
FAY SERVICING, LLC
WILMINGTON TRUST NATIONAL ASSOCIATION
SOLEY AS TRUSTEE FOR THE MFRA TRUST 2014-2 , ALIAS

## OBJECTION TO MOTION FOR SUMMARY JUDGMENT

Plaintiff, by her attorney, objects to the Motion for Summary Judgment for the reasons stated in the attached Affidavit and Memorandum of Law. The Plaintiff has raised general issues of material fact.

                                                      DOLORES CEPEDA
                                                      By her attorney,

February 13, 2020                     /s/ John B. Ennis
                                                     JOHN B. ENNIS, ESQ. #2135
                                                     1200 Reservoir Avenue
                                                     Cranston, Rhode Island 02920
                                                     (401) 943-9230
                                                     Jbelaw75@gmail.com

2

## Certificate of Service

I hereby certify that I emailed a copy of this Objection to Patrick T. Uiterwyk and Justin Shireman on February 13, 2020.

/s/ John B. Ennis