# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

DOLORES CEPEDA,
    Plaintiff,

    v.           1:19-cv-00005-MSM-PAS

BANK OF AMERICA, N.A., et al.,
    Defendants.

## JUDGMENT

This action came to be heard before the Court and a decision has been rendered. Upon consideration whereof, it is now hereby ordered, adjudged and decreed as follows:

Pursuant to this Court's order entered on September 28, 2020 and in accordance with Fed. R. Civ. P. 58., judgment is hereby entered in favor Defendants Fay Servicing, LLC and Wilmington Trust National Association Solely as Trustee for the MFRA Trust 2014-2, and against Plaintiff Delores Cepeda. This civil action is dismissed as to Defendant Bank of America, N.A.

<u>It is so ordered</u>.

September 28, 2020

By the Court:

<u>/s/ Hanorah Tyer-Witek.</u>
Clerk of Court