UNITED STATES DISTICT COURT
FOR THE DISTRICT OF RHODE ISLAND

**DOLORES CEPEDA**

    VS                                                                           C.A.2019-CV-5

**BANK OF AMERICA, N.A.
FAY SERVICING, LLC
WILMINGTON TRUST NATIONAL ASSOCIATION
SOLEY AS TRUSTEE FOR THE MFRA TRUST 2014-2 ,ALIAS**

**MOTION TO ALTER AND AMEND JUDGMENT PURSUANT TO F.R.C.P.59(e)**

    Plaintiff, by her Attorney, moves that this Court pursuant to F.R.C.P 59(e), to alter and amend the Judgment entered on September 28, 2020:

1. To vacate the Order granting the Motion to Dismiss the complaint in fi led by Bank of America and to reinstate these claims due to the resolution of factual disputes which resulted in a manifest error of law.

2. In support of this Motion, Plaintiff has filed a Memorandum of law.

                                          DOLORES CEPEDA

                                          By her Attorney

October 26, 2020

                                          /s/ John B. Ennis
                                          John B. Ennis, Esq. #2135
                                          1200 Reservoir Avenue
                                          Cranston, RI 02920
                                          (401) 943-9230
                                          Jbelaw75@gmail.com

## CERTIFICATION

I hereby certify that I emailed a copy of the above Motion to the following electronically on this 26th day of October, 2020:

Patrick T. Uiterwyk
Justin Shireman

/s/ John B. Ennis