UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

|  |  |
|---|---|
| DOLORES CEPEDA,<br><br>    Plaintiff,<br><br>    v.<br><br>BANK OF AMERICA, N.A.; FAY SERVICING, LLC; and WILMINGTON TRUST NATIONAL ASSOCIATION SOLELY AS TRUSTEE FOR THE MFRA TRUST 2014-2,<br><br>    Defendants. | C.A. No. 1:19-CV-00005-MSM-PAS |

## CORRECTED AMENDED JUDGMENT

The Court issues the following Corrected Amended Judgment as a correction to the Amended Judgment, ECF No. 78. It is now hereby ordered, adjudged and decreed as follows:

Pursuant to this Court's orders entered on September 28, 2020 and January 28, 2021, and in accordance with Fed. R. Civ. P. 58, judgment is hereby entered with prejudice in favor of Defendants Bank of America, N.A., Fay Servicing, LLC, and Wilmington Trust National Association Solely as Trustee for the MFRA Trust 2014-2, and against Plaintiff Dolores Cepeda. However, the Plaintiff's Truth In Lending Act claim against Fay Servicing and Wilmington Trust is dismissed without prejudice.

It is so ordered.

January 28, 2021

By the Court:

/s/Hanorah Tyer-Witek
Clerk of Court