UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

**DOLORES CEPEDA**

    **VS**　　　　　　　　　　　　　　　　**CA: 19-cv-0005-MSM-PAS**

**FAY SERVICING, LLC**
**BANK OF AMERICA, N.A.**
**WILMINGTON TRUST, NATIONAL ASSOCIATION AS**
**TRUSTEE SOLELY FOR MFRA TRUST 2014-2**

### NOTICE OF APPEAL

Notice is hereby given that Dolores Cepeda, the Plaintiff in the above-referenced matter, hereby appeals to the United States Court of Appeals for the First Circuit from the 2 Orders-Re; Summary Judgment and the Motion to Dismiss entered in this action of February 1, 2021.

　　　　　　　　　　　　　　　　　　　　　Respectfully submitted

　　　　　　　　　　　　　　　　　　　　　/s/ John B. Ennis
　　　　　　　　　　　　　　　　　　　　　*John B. Ennis*
　　　　　　　　　　　　　　　　　　　　　Signature

JOHN B. ENNIS
Name
# 2135　　　　　　　　　　　　　　　　　March 2, 2021
Bar Number　　　　　　　　　　　　　　　Date
John B. Ennis, Esq.　　　　　　　　　　　(401)943-9230
Firm　　　　　　　　　　　　　　　　　　Telephone Number
1200 Reservoir Avenue　　　　　　　　　 (401)679-0035
Address　　　　　　　　　　　　　　　　 Fax Number
Cranston, RI 02920　　　　　　　　　　　 Jbelaw75@gmail.com
City, State Zip Code　　　　　　　　　　　E-Mail Address

1